1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:     (408) 283-7010

7  Attorneys for Defendant
   SF CABLE, INC.

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 CABLE WHOLESALE.COM, INC., a California     CASE NO.
   corporation,
14                                              NOTICE OF REMOVAL OF
                Plaintiff,                      ACTION UNDER 28 U.S.C.
15                                              §1441(b)
         v.                                     [FEDERAL QUESTION]
16
   SF CABLE, INC., a California corporation;
17 DOES 1-20, inclusive,

18              Defendants.

19

20 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21        PLEASE TAKE NOTICE that Defendant SF CABLE, INC., hereby removes to this Court

22 the State Court action described below.

23        1.      On June 9, 2011, an action was commenced in the Superior Court of the State of

24 California in and for the County of Alameda, entitled *Cable Wholesale.com, Inc. v. SF Cable,*

25 *Inc.*, Case No. CG11579890.  A copy of the Complaint is attached hereto as Exhibit A.  A copy of

26 the Summons is attached hereto as Exhibit B.  A copy of the Superior Court Civil Case Cover

27 Sheet is attached hereto as Exhibit C.

28        2.      The first date upon which Defendant SF CABLE, INC., became aware of said

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

DA73F175.doc                                              NOTICE OF REMOVAL

1    Complaint was between June 9, 2011, and June 16, 2011, when Defendant was contacted by

2    attorneys seeking to represent Defendant.  Counsel for Plaintiff first contacted Defendant on

3    June 16, 2011.

4                                    **JURISDICTION**

5         3.      This action is a civil action which this Court has original jurisdiction under

6    28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant SF CABLE,

7    INC., pursuant to the provisions of 28 U.S.C. section 1441(b) in that it arises under the laws of

8    the United States of America, specifically, the United States Copyright Act, 17 U.S.C. § 101, *et*

9    *seq.*

10                         **INTRADISTRICT ASSIGNMENT**

11        4.      Intradistrict assignment of this action to the San Francisco Division is appropriate

12   pursuant to Civil Local Rules 3-2(c) and (d) because CABLE WHOLESALE.COM, INC.'s

13   Complaint alleges that a  substantial part of the events or omissions that allegedly give rise to the

14   Complaint occurred in Alameda County.

15   Dated:  June 16, 2011                          TINGLEY PIONTKOWSKI LLP

16

17                                                  By: _____

18                                                      BRUCE C. PIONTKOWSKI
                                                        Attorneys for Defendant

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



1   James G. Schwartz, Esq. (SBN 069371)
    Law Offices of James G. Schwartz
2   A Professional Corporation
    7901 Stoneridge Drive, Suite 401
3   Pleasanton, California 94588
    Telephone: (925) 463-1073
4   Facsimile:  (925) 463-2937

5   Attorneys for Plaintiffs
    Cable Wholesale.com, Inc.

6

**FILED**
ALAMEDA COUNTY

JUN 0 9 2011

CLERK OF THE SUPERIOR COURT
By _____ Deputy

7           SUPERIOR COURT FOR THE STATE OF CALIFORNIA

8

9                        COUNTY OF ALAMEDA

10

11                        UNLIMITED CIVIL CASE

12   CABLE WHOLESALE.COM, INC., a California     Case No.   VG 1 1 5 7 9 8 9 0

13   corporation,
                                                 **COMPLAINT FOR TRADE NAME
14           Plaintiff,                          INFRINGEMENT, FALSE AND
                                                 MISLEADING ADVERTISING, UNFAIR
15   v.                                          BUSINESS PRACTICES, INTENTIONAL
                                                 INTERFERENCE WITH PROSPECTIVE
16   SF CABLE, INC., a California corporation, and   ECONOMIC ADVANTAGE, NEGLIGENT
     DOES 1-20, inclusive,                       INTERFERENCE WITH PROSPECTIVE
17                                               ECONOMIC ADVANTAGE, COPYRIGHT
                                                 INFRINGEMENT, PRELIMINARY AND
18           Defendants.                         PERMANENT INJUNCTIVE RELIEF,
                                                 DECLARATORY RELIEF AND UNJUST
19                                               ENRICHMENT**

20

21

22           COMES NOW, Plaintiff, CABLE WHOLESALE.COM, INC., a California Corporation,

23   (Plaintiff or Company) to assert the following causes of action and request the requested relief as stated

24   in this Complaint against Defendant, SF CABLE, INC., a California corporation (Defendant).

25           1.      Plaintiff is and at all times herein mentioned was a corporation registered in the State of

26   California, residing and conducting business in the County of Alameda.

27

28

COMPLAINT                                                                                          -1-

 

2.     Defendant is and at all times herein mentioned was a corporation registered in the State of California and residing and conducting business in the County of Alameda.

3.     The names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues these defendants by their fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants designated as a fictitiously named defendant is, in some manner, responsible for the events and happenings alleged and caused or contributed to the harm done to Plaintiff as hereinafter set forth in each cause of action, or has possession of the property that is the subject of this Complaint. Plaintiff will seek the court's leave to amend this Complaint to allege such true names and capacities of the fictitiously named defendants when they have been ascertained.

4.     Plaintiff is informed and believes and on that basis alleges that at all times herein mentioned all Defendants were, and are, the agents, servants and employees of all the other Defendants, and were acting within the scope of this agency or employment in doing the things herein alleged, and any reference hereinafter to "Defendant or Defendants" is intended by Plaintiff to refer to "Defendants, and each of them".

5.     Plaintiff began conducting business in 1996 as "National Technology" in the field of discount home and business cable solutions and power supplies for home and office computers and electronics. Plaintiff incorporated in 2000 as Cable Wholesale.com, Inc. in the State of California. (A copy of Plaintiff's Articles of Incorporation are attached hereto as **Exhibit A.**)

6.     Plaintiff's primary place of business is located in Livermore, California, County of Alameda, and conducts business on the Internet under the domain name www.cablewholesale.com. (A copy of Plaintiff's domain name registration is attached hereto as **Exhibit B.**)

7.     In or around December 2000, Plaintiff hired a graphic designer with a background in website design and print catalogs to provide a more professional look to the Company's website and catalogs. That employee was Duangtip Kochpatcharin (aka, Jennifer Truong, and hereinafter referred to as "Ms. Truong"). Ms. Truong worked as a graphic designer for Plaintiff and had access to and



1   worked with all of the Company's materials and information for its website and catalogs. In addition,

2   because the Company was small, each of the employees performed many different functions. For

3   example, all employees, including Ms. Truong, helped in the warehouse, contacted vendors,

4   coordinated deliveries and communicated with customers. As a result, Plaintiff is informed and

5   believes and thereon alleges that Ms. Truong gained an understanding of how to operate and manage

6   Plaintiff's business. For example, Plaintiff is informed and believes and thereon alleges that Defendant

7   was aware of the identity of Plaintiff's suppliers and later contacted them for her own competing

8   business as described below.

9          8.      In or around October 2001, while Ms. Truong was still employed by Plaintiff, her then

10   boyfriend, now husband, registered the domain name "SFCABLE.COM."

11          9.      In or around January 2002, Ms. Truong resigned from Plaintiff's company. Ms. Truong

12   stated to Plaintiff's owners that she was resigning in order to return to school and finish her degree.

13   Approximately three to four months later, Plaintiff became aware of the existence of SF Cable, Inc.

14   Plaintiff is informed and believes and thereon alleges that Ms. Truong was and is associated with or

15   affiliated with SF Cable, Inc. as a founder, owner, shareholder, manager, agent or employee. SF Cable,

16   Inc. does business on the Internet under the domain name www.sfcable.com.

17          10.     Defendant's website at www.sfcable.com is a direct competitor with Plaintiff's website

18   at www.cablewholesale.com. Initially, sfcable.com was designed to look and feel exactly like

19   cablewholesale.com. Plaintiff is informed and believes and thereon alleges that Defendant literally

20   copied portions of cablewholesale.com for its sfcable.com website. For example, sfcable.com clearly

21   copied text from cablewholesale.com, because it was the same text on cablewholesale.com and the text

22   contained the same typographical errors. Defendant used pictures from cablewholesale.com for its

23   sfcable.com website, which were original works owned by Plaintiff and which Ms. Truong had access

24   to as the graphic designer for Plaintiff's website. After Plaintiff discovered these things, Plaintiff wrote

25

26

27

28

COMPLAINT                                                                                              -3-

 

1  Defendant a cease and desist letter some time in 2003. Defendant responded to the cease and desist

2  letter by changing the look and feel of its website so that it no longer appeared like

3  cablewholesale.com and removed most, but not all, of the infringing content.

4       11.    On or about March 2011, Plaintiff discovered that Defendant was running an

5  advertisement on Google.com using the term "cablewholesale.com." As such, whenever anyone uses

6  the search terms, "Cablewholesale.com", "cable wholesale.com", "cablewholesale.com", "cable

7  wholesale", an advertising banner with the name "Cablewholsesale.com" appears with a link to

8  Defendant's website.  When a consumer uses the more grammatically correct search term "wholesale

9  cable", Plaintiff's trade name "Cablewholesale.com" also appears with a link to Defendant's website.

10  The search results show that the Defendant SFCable uses the specific term "cablewholesale.com" as

11  part of its advertising campaign for its products and services on the Google website. Defendant also

12  uses the Plaintiff's trade name in its advertising on the search website Bing.com. (Copies of a

13  Google.com and a Bing.com searches are attached hereto as **Exhibit C**.)  Google ads are syndicated to

14  other websites and, as a result, by running an ad on Google using Plaintiff's trade name the offending

15  ad is propagated to other search engines and websites throughout the Internet.

16

17

18       12.    Plaintiff is informed and believes and thereon alleges that Defendant has further

19  engaged in the misuse of Plaintiff's trade name in that Defendant uses Plaintiff's registered trade name

20  as a *metatag* in its website. A metatag is a tag that is used to store information about a web page, but

21  which is not visible by a web browser. As a result, consumers who expressly use the search term

22  "cablewholesale.com" in order to find the Plaintiff's website will also be directed to Defendant's

23  website without even knowing it. That is because Defendant uses the metatag "cablewholesale.com"

24  embedded in its website as part of its Google advertising.

25

26       13.    Furthermore, Defendant has continued to copy various images and text from Plaintiff's

27  website for use on its own website. The images and text copied by Defendant constitute original works

28




1  owned exclusively by Plaintiff and for which Plaintiff granted Defendant no right, title or license to

2  copy, use, display, create derivative works from or distribute. The continued use of such images and

3  text by Defendant constitutes an infringement of Plaintiff's copyrights in those materials, including

4  Plaintiff's right to attribution.

5      14.   In 2010, Internet advertising reached record revenue of $26 billion. (Associated Press,

6  Barbara Ortutay, *US Internet Ad Revenue Hit Record in 2010*, THE SAN FRANCISCO CHRONICLE (April

7  13, 2011 at http://sfgate.com.) The most popular format of advertising was from an Internet search,

8  which represented forty-six percent (46%), or $12 billion, of the total Internet advertising revenue from

9

10  2010. (Id.) Display related advertising accounted for thirty-eight percent (38%), or $9.9 billion, in total

11  Internet advertising revenue for that same year. (Id.)

12      15.   Google is the third most visited website on the Internet and the leading Internet search

13  engine. Moreover, Google ads are syndicated to other websites and, as a result, by running an

14  infringing Google ad the offending content is propagated to websites throughout the Internet.

15

16      16.   Plaintiff earns 44% of its gross revenue from sales on its website located at

17  www.cablewholesale.com. Plaintiff spends approximately 2% of its annual revenue to manage and

18  maintain its Internet presence. Plaintiff spends 6% of its revenue on advertising, which consists

19  entirely of advertising for its website www.cablewholesale.com. Plaintiff estimates that 15% of the

20  customers who purchase goods on its website are return customers.

21  <div align="center">**FIRST CAUSE OF ACTION**<br>**TRADE NAME INFRINGEMENT**<br>**(Business & Professions Code §14415)**</div>

22

23      17.   Plaintiff realleges and incorporates paragraphs 1-16 as though fully set forth herein.

24

25      18.   Business & Professions Code Section 11415 provides a rebuttable presumption that an

26  entity who files Articles of Incorporation under a given business name has the right to the exclusive

27  use of that name as a trade name.

28

---

COMPLAINT

-5-

 

19.    On January 10, 2000, Plaintiff filed its Articles of Incorporation with the Secretary of State for the State of California under the trade name "Cable Wholesale.com" and has used that name continuously since that time in order to conduct its business. Plaintiff also registered its trade name as a domain name "cablewholesale.com" and has used that domain name continuously as its Internet presence and identity ever since.

20.    Plaintiff is known by its customers and competitors alike by its domain name and trade name cablewholesale.com. Plaintiff's trade name has earned considerable good will.

21.    Plaintiff's trade name, although descriptive, has gained secondary meaning as evidenced by the Defendant's copying and use of that name in its website advertising, as well as other evidence of secondary meaning such as the amount of revenue Plaintiff spends to maintain its presence at www.cablewholesale.com, the percentage of its total annual revenue generated from www.cablewholesale.com and from the number of customers who return to conduct business via Plaintiff's website www.cablewholesale.com.

22.    Business & Professions Code Section 14402 authorizes any court of competent jurisdiction to restrain by injunction any use of a trade name in violation of the rights defined in Chapter 3 of that code. Accordingly, Plaintiff respectfully requests the court to issue a preliminary and permanent injunction restraining the Defendant from using the domain name and trade name "cablewholesale.com", or any confusingly similar name, in any form or manner, including in its Internet advertising, or embedded on its website in order to attract customers using the trade name as a search term, or in any other manner in any other form using any other medium.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## SECOND CAUSE OF ACTION
### FALSE AND MISLEADING ADVERTISING
(Business & Professions Code §17500)

23.    Plaintiff realleges and incorporates paragraphs 1-22 as though fully set forth herein.




24.     Business & Professions Code §17500 prohibits untrue or misleading advertising that is known, or which reasonably should be known, to be untrue or misleading. An advertisement is any statement concerning the offer of real or personal property or services that is publicly disseminated in any newspaper or other publication, or by any advertising device, or by public outcry or proclamation, or in any other manner. A statement is false or misleading when members of the public are likely to be deceived.

25.     Defendant intentionally advertised its services on the Google.com and Bing.com websites using Plaintiff's trade name in a manner that was intended to deceive the public, including Plaintiff's customers, and to direct those new and existing customers Defendant's website. Using advertising in such a manner is no different than placing an advertisement in the Yellow Pages using Plaintiff's trade name.

26.     Business & Professions Code Section 17535 provides for monetary restitution and injunctive relief for violations of Section 17500, which remedies are cumulative with all other remedies available at law and equity.

WHEREFORE, Plaintiff prays for judgment as set forth below.

### THIRD CAUSE OF ACTION
### UNFAIR BUSINESS PRACTICES
(Business & Professions Code §17200)

27.     Plaintiff realleges and incorporates paragraphs 1-26 as though fully set forth herein.

28.     Business and Professions Code §17200 prohibits any "unlawful, unfair or fraudulent business act or practice" and any "unfair, deceptive, untrue or misleading advertising." A single business practice is actionable under §17200.

29.     An "unlawful" business practice means a business practice that is forbidden by law, such as using registered trade name of another company as one's own. An "unfair" business practice occurs when it offends an established public policy or when the practice is immoral, unethical,




1   oppressive, unscrupulous or substantially injurious to consumers. A "fraudulent" business practice

2   involves one that is likely to deceive, such as false advertising.

3        30.     Defendant has engaged in a pattern and practice involving multiple unlawful, unfair and

4   fraudulent business practices when it advertised its goods and services using Plaintiff's trade name and

5   by using Plaintiff's trade name in its Internet advertising and as a metatag on Defendant's website.

6        31.     Business & Professions Code §17200 provides for restitution and injunctive relief for

7

8   past, present and future violations of that code.

9        WHEREFORE, Plaintiff prays for judgment as set forth below.

10                    **FOURTH CAUSE OF ACTION**
            **INTENTIONAL INTERFERENCE WITH PROSPECTIVE**
11                      **ECONOMIC ADVANTAGE**

12       32.     Plaintiff realleges and incorporates paragraphs 1-31 as though fully set forth herein.

13
         33.     Defendant intentionally interfered with Plaintiff's prospective business advantage by
14
15  using unfair and improper means of competition to interfere with Plaintiff's business relationships with

16  both its existing and prospective customers. Defendant knowingly and intentionally diverted Plaintiff's

17  existing and prospective business by using Plaintiff's trade name in its Google advertising and by

18  embedding Plaintiff's trade name in its website and its website advertising. Defendant did these things

19  knowingly and intentionally for the sole purpose of diverting Plaintiff's existing and prospective

20  customers to Defendant's website. Defendant knows that Plaintiff's existing customers use its website

21
22  to purchase goods and services from Plaintiff. By embedding Plaintiff's trade name in its website and

23  website advertising existing customers have been diverted to Defendant's website.

24       34.     In doing these things, Defendant caused Plaintiff to sustain injury and damages in an

25  amount to be determined at trial.

26

27

28

COMPLAINT                                                                                          -8-

 

35.    In doing these things, Defendants and each of them acted with fraud, oppression, and malice and thus entitling Plaintiff to an award of punitive damages in an amount to be shown in accordance with proof at trial.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## FIFTH CAUSE OF ACTION
### NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

36.    Plaintiff realleges and incorporates paragraphs 1-34 as though fully set forth herein.

37.    Defendant unreasonably and wrongfully interfered with Plaintiff's prospective business advantage by using unfair and improper means of competition to interfere with Plaintiff's business relationships with both its existing and prospective customers. Defendant unreasonably and wrongfully diverted Plaintiff's existing and prospective business by using Plaintiff's trade name in its Google and Bing advertising and by embedding Plaintiff's trade name in its website and its website advertising. Defendant did these things unreasonably and wrongfully for the sole purpose of diverting Plaintiff's existing and prospective customers to Defendant's website. Defendant knows that Plaintiff's existing customers use its website to purchase goods and services from Plaintiff. By embedding Plaintiff's trade name in its website and website advertising existing customers have been diverted to Defendant's website.

38.    In doing these things, Defendant caused Plaintiff to suffer injury and damages in an amount to be determined at trial.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## SIXTH CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
(17 USC §101, et seq.)

39.    Plaintiff realleges and incorporates paragraphs 1-38 as though fully set forth herein.

40.    Plaintiff owns exclusive rights to copyrighted images and text created by Plaintiff and displayed on its website www.cablewholesale.com.




41.   Without permission, Defendant copied, used, made derivative works out of, distributed and displayed Plaintiff's copyrighted images and text on its website sfcable.com in violation of Plaintiff's copyrights in those works.

42.   Plaintiff has suffered irreparable injury due to Defendant's infringement of its copyrights in certain images and text and seeks an injunction prohibiting Defendant from copying and displaying Plaintiff's copyrighted images and text on its website pursuant to 17 USC §502.

43.   Plaintiff further seeks statutory damages, costs and attorneys' fees for copyright infringement pursuant to 17 USC §§504 and 505.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## SEVENTH CAUSE OF ACTION
### PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

44.   Plaintiff realleges and incorporates paragraphs 1-43 as though fully set forth herein.

45.   That this Court issue preliminary and permanent injunction pursuant to the power granted it under California Business & Professions Code §14330, §17535 and §17200, enjoining and restraining Defendant and its agents, owners, directors, employees, heirs and assigns from directly or indirectly using the name "cablewholesale.com" or any other name confusingly similar to Plaintiff's trade name which is likely to cause injury to business reputation or confusion in the general public as to the identity of Plaintiff's goods and services, in any form or in any medium.

47.   Defendants and each of them have and continue to refuse Plaintiff's demands that they cease and desist from their continued improper use of Plaintiff's trade name, and Plaintiff's copyrighted images and text.

48.   Unless Defendants are enjoined by this Court from enjoining and restraining Defendants and its agents, owners, directors, employees, heirs and assigns from directly or indirectly using the name "cablewholesale.com" or any other name confusingly similar to Plaintiff's trade name, Plaintiff have and

 

will continue to suffer great and irreparable injury through Defendants continued misappropriation of Plaintiff's trade name and loss of customers which cannot be remedied by pecuniary compensation.

49.     That this court further issue preliminary and permanent pursuant to the power granted it under 17 USC §505 and Business & Professions Code §17200, prohibiting Defendant, and its agents, owners, directors, employees, heirs and assigns from copying, using, displaying, distributing or making derivative works of any of Plaintiff's copyrighted images or text.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## EIGHTH CAUSE OF ACTION
### DECLARATORY RELIEF

50.     Plaintiff realleges and incorporates paragraphs 1-49 as though fully set forth herein.

51.     An actual controversy has arisen between this Plaintiff and this Defendant regarding the legal rights and duties pertaining to the use of Plaintiff's trade names and copyrighted images and text contained on its website.

52.     Plaintiff seeks a judicial declaration and determination that it be adjudged that Defendant, its agents, owners, directors, employees, heirs and assigns have no right to use Plaintiff's trade name in any form, for any reason, using any medium.

53.     Plaintiff seeks a judicial declaration and determination that it be adjudged that Defendant, agents, owners, directors, employees, heirs and assigns have no right to copy, use, display, distribute or make derivative works of Plaintiff's copyrighted images or text contained on Plaintiff's website.

54.     That Defendant be required to account for and pay to Plaintiff, in the case of trade name infringement, all of the proceeds received by them for the use of Plaintiff's trade name, and in the case of copyright infringement, statutory damages and attorneys' fees pursuant to the Federal Copyright Act.

WHEREFORE, Plaintiff prays for judgment as set forth below.

 

## NINTH CAUSE OF ACTION
## UNJUST ENRICHMENT

55.     Plaintiff realleges and incorporates paragraphs 1-54 as though fully set forth herein.

56. As more fully alleged above, Defendants and each of them have received certain benefits, without paying adequate compensation for the benefits, to the detriment of Plaintiff.   Such benefits include but are not limited to defendants and each of them, wrongfully receiving income of customers through their misappropriation and improper use of the trade name of Plaintiff and Plaintiff's copyrighted images and text, and continuing to use the trade name of Plaintiff and Plaintiff's copyrighted images and text for the continued solicitation of customers.

57. Defendants and each of them received said benefits by fraud and/or mistake and under such circumstances that it would be inequitable for said Defendants to retain the benefits without paying the value thereof.

58. Plaintiff is entitled to be reimbursed by defendants and each of them for such benefits and/or payments as they received without providing adequate compensation and/or services therefore according to proof at trial.

WHEREFORE, Plaintiff prays for judgment against defendants and each of them as follows:

## PRAYER

NOW WHEREFORE, Plaintiff prays for the following:

1.     An injunction restraining Defendant from using the domain name and trade name "cablewholesale.com" or any confusingly similar name in any form or manner and in any medium;

2.     Restitution in an amount to be fixed at trial for trade name infringement, false advertising and unlawful, unfair and fraudulent competition;

3.     An injunction restraining Defendant from using Plaintiff's copyrighted images and text on its website (17 USC §502);

COMPLAINT

-12-

4.      Statutory damages for copyright infringement (17 USC §504(c));

5.      Restitution and unjust enrichment in an amount to be fixed at trial;

6.      Punitive damages for intentional interference with prospective economic advantage;

7.      Costs and attorneys' fees, where authorized;

8.      Declaratory relief;

9.      All other relief the court deems just and proper.

Dated:  June 9, 2011

                                        Law Offices of James G. Schwartz
                                        A Professional Corporation


                                        James G. Schwartz, Esq.,
                                        Attorney for Plaintiff CABLE
                                        WHOLESALE.COM, INC.

F:\CableWholesale\Pldg\Complaint        1955.0001

COMPLAINT                                                        -13-

 

# State of California
## Secretary of State

### CERTIFICATE OF STATUS

ENTITY NAME:

   CABLE WHOLESALE.COM, INC.

FILE NUMBER:      C2208087
FORMATION DATE:   01/10/2000
TYPE:            DOMESTIC CORPORATION
JURISDICTION:     CALIFORNIA
STATUS:          ACTIVE (GOOD STANDING)

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the entity is authorized to exercise all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of July 01, 2008.

**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007)

OSP 06 99731
JNG

05/11/2010  11:03    92545508   CABLEWHOLESALE    PAGE   02

2208087

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

JAN 1 0 2000

BILL JONES, Secretary of State

Articles of Incorporation
of
Cable Wholesale.com, Inc.

### I.

The name of this corporation is Cable Wholesale.com, Inc..

### II.

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### III.

The name and address in the State of California of this corporation's initial agent for service of process is:

Name:          Jimmy J. Chen
Address:       750 N. Capitol Ave. Suite B-6
               San Jose, CA 95133

### IV.

This corporation is authorized to issue only one class of share of stock; and the total number of shares which this corporation is authorized to issue is 1,000,000.

Incorporator: Jimmy Chen
Dated: January 6, 2000



 

```
[mcapone@cwswww ~]$ whois cablewholesale.com
[Querying whois.verisign-grs.com]
[Redirected to whois.networksolutions.com]
[Querying whois.networksolutions.com]
[whois.networksolutions.com]
```
NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions' WHOIS database is provided by Network Solutions
for information
purposes only, and to assist persons in obtaining information about or
related
to a domain name registration record. Network Solutions does not guarantee
its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of
use:
You agree that you may use this Data only for lawful purposes and that under
no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer
systems). The
compilation, repackaging, dissemination or other use of this Data is
expressly
prohibited without the prior written consent of Network Solutions. You agree
not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to
the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual
hosting package.

http://www.networksolutions.com

Visit AboutUs.org for more information about CABLEWHOLESALE.COM
<a href="http://www.aboutus.org/CABLEWHOLESALE.COM">AboutUs:
CABLEWHOLESALE.COM </a>

 

```
Registrant:
CableWholesale.com, Inc.
   P.O. Box 11775
   Pleasanton, CA 94588
   US

   Domain Name: CABLEWHOLESALE.COM

   ----------------------------------------------------------------------
   Promote your business to millions of viewers for only $1 a month
   Learn how you can get an Enhanced Business Listing here for your domain
name.
   Learn more at http://www.NetworkSolutions.com/
   ----------------------------------------------------------------------

   Administrative Contact:
      CableWholesale.com, Inc.              sales@NATIONAL-TECH.COM
      29516 UNION CITY BLVD
      UNION CITY, CA 94587-1245
      US
      510-324-0501 fax: 510-324-0502

   Technical Contact:
      Network Solutions, LLC.              customerservice@networksolutions.com
      13861 Sunrise Valley Drive
      Herndon, VA 20171
      US
      1-888-642-9675 fax: 571-434-4620


  Record expires on 30-Jul-2015.
  Record created on 30-Jul-1999.
  Database last updated on 25-May-2011 21:16:26 EDT.

  Domain servers in listed order:

  NS17.WORLDNIC.COM              205.178.190.9
  NS18.WORLDNIC.COM              206.188.198.9
```

 

Cablewholesale.com - Google Search                    Page 1 of 3

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾      baobaojiang8@gmail.com ▾   ✦

   Cablewholesale.com                ·Search·

About 2,430,000 results (0.21 seconds)          Advanced search

**CableWholesale – Official Site for**                     Ad
**CableWholesale.** 1 (877) 443 0316
Wholesale prices. Ships Same Day!
www.cablewholesale.com

| HDMI Cables – Prices | Audio Cable for All |
| Can't be Beat | Electronics |
| Cat 5 - Right Length, | USB Cable - Huge |
| Right Price | Selection |

Ads

**Cablewholesale.com**
Lifetime Warranty Cables & Adapters
Free Shipping on Order $65 and more
sfcable.com is rated ☆☆☆☆
Google Checkout
www.sfcable.com

See your ad here »

🔅 **Everything**
📷 **Images**
🎞 **Videos**
📰 **News**
🛒 **Shopping**
⊹ **More**

**Mountain View, CA**
Change location

**Any time**
Latest
Past 24 hours
Past 3 days
Past week
Past month
Past year
Custom range...

More search tools

**CableWholesale Computer Cables — HDMI**
**Network Cat 5 USB Cable.** ⚲
**CableWholesale** is the ultimate source for low priced
computer cables including HDMI, network cables, cat 5
and cat 6, usb cables and much more.
www.cablewholesale.com/ - Cached - Similar

| Audio / Video Products | Power Product |
| VGA Cable | HDMI to Micro HDMI |
| Audio / Video | Cable, High ... |
| Accessories | Technical Articles |
| HDMI Cables High Speed | USB Type A Male / |
| with Ethernet | Mini-B Male Cable |

More results from cablewholesale.com »

**Contact Us - CableWholesale.com** ⚲
CableWholesale.com - Manufacture and Distributor of
Computer cable, Audio/Video, SCSI, Network cable,
etc.
www.cablewholesale.com/index.php?body=Contact -
Cached

**Power Y Cables - Power Y Cable, Power**
**supply Y Cable,Power Y ...** ⚲
Power Y Cables, Power Y Cable, Power supply Y
Cable,Power Y Cables,Power Extension Cable.
www.cablewholesale.com/catalog/powerycables.htm
- Cached - Similar

**HDMI and DVI Cables & Adapters – HDMI**
**Cables and DVI Cables - DVI ...** ⚲
HDMI and DVI Cables & Adapters - **Cable Wholesale**
has HDMI cables and DVI cables at wholesale
discount pricing as well as DVI to HDMI cable
adapters.
www.cablewholesale.com/shop/hdmi-and-dvi-
cables.htm - Cached



Cablewholesale.com - Google Search

Super VGA Cable (SVGA) - Super VGA
Cable - Buy Super VGA (sVGA ... 
Super VGA Cable (SVGA), **Cable Wholesale** carries
the best supply of Super VGA cable at wholesale
discount prices including sVGA cable as low as $4.
www.cablewholesale.com/catalog/supervgacables.htm
- Cached

Audio / Video Products - Audio cables, S
video Cable, Audio video ...
Audio / Video Products - Audio cables, S video Cable,
Audio video cable, component video cable , toslink
cable, S video to RCA cable.
https://www.cablewholesale.com/shop/audio-video-
products.htm - Cached

Cable Wholesale - cablewholesale.com/ -
Reviews, Ratings and ...
☆☆☆☆☆ 41 reviews
Check the reputation of Cable WholesaleRead real
customer reviews. Compare prices to other stores and
find coupons.
www.resellerratings.com/store/Cable_Wholesale -
Cached - Similar

Copyright - CableWholesale.com
We have the best price for you! Shop online and
secure for computer cables, custom cables, category 5
cables, network cables, adaptor, switch box,vga ...
www.national-tech.com/index.php?body=copyright -
Cached

Cable Wholesale Coupon Codes - all
coupons, discounts and promo ...
Average discount of $4.78 with these **Cable**
**Wholesale** coupon codes and promo codes. Get the
best **cablewholesale.com** coupon at
RetailMeNot.com.
www.retailmenot.com/view/cablewholesale.com -
Similar

Amazon.com: CableWholesale.com -
Display / audio cable - HD-15 ...
☆☆☆☆☆ 8 reviews - $13.50 - In stock
Our 25ft Premium SVGA monitor cable is built to meet
or exceed your video requirements and is built to last
with a lifetime guarantee. ...
www.amazon.com › ... › Connectors & Adapters -
Cached - Similar

Pages similar to www.cablewholesale.com
Cables Plus USA - Home | About Us | Guides |
Community | ... - cablesplususa.com
Cables To Go - Cables To Go provides computer
audio video cables, ... - cablestogo.com
Monoprice.com - Monoprice, Inc. (DBA.
MonoPrice.com) specializes ... - monoprice.com
PCCables.com - Sell connectors and cables for PCs,
cameras and GPS ... - pccables.com



1  2  3  4  5  6  7  8  9  10       **Next**

 

Cablewholesale.com – Google Search

Cablewholesale.com          Search

Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     About Google



Cablewholesale.com - Bing



Page 1 of 1

bing

Cablewholesale.com

Web

Web   More▼

ALL RESULTS                                                    1-10 of 35,400,000 results    Advanced

                                                                         Sponsored sites

**CableWholesale**
www.CableWholesale.com · Lifetime Warranty Cables At Wholesale Prices, Ships Same-day

**Cablewholesale.com**
CableWholesale is the ultimate source for low priced computer cables including HDMI, network
cables, cat 5 and cat 6, usb cables and much more. Call 888-212-8295 for .
www.cablewholesale.com

| HDMI and DVI Cables | Vga Cable |
| Bulk Cable | Coaxial Cable |
| Accessory / Adaptor | Power Product |
| USB Product | DVI Product |

Show more results from www.cablewholesale.com

**Shopping Cart - CableWholesale**
CableWholesale.com - Manufacture and Distributor of Computer cable, Audio/Video, SCSI,
Network cable, etc.
www.cablewholesale.com?body=View%20Cart

**Cable Wholesale - cablewholesale.com/ - Reviews, Ratings and ...**
Check the reputation of Cable WholesaleRead real customer reviews. Compare prices to other
stores and find coupons.
www.resellerratings.com/store/Cable_Wholesale

**Cable Wholesale Coupon Codes - all coupons, discounts and promo ...**
Average discount of $4.78 with these Cable Wholesale coupon codes and promo codes. Get the
best cablewholesale.com coupon at RetailMeNot.com
www.retailmenot.com/view/cablewholesale.com

**RG58 Coaxial Cables - RG58,RG-58, Coaxial Cable,Coaxial Cables,RG ...**
RG58 Coaxial Cables, RG58,RG-58, Coaxial Cable,Coaxial Cables,RG Coaxial Cable,50 Ohm,
RG58 A/U 95% Braided Stranded
www.cablewholesale.com/index.php?section=Coaxial%20Cable&body=RG58%20Coaxial%
20Cables

**Wholesale Fiber Optic Cables, Fiber Optic Cable, Singlemode Fiber ...**
Wholesale Fiber Optic Cables, Fiber Optic Cable, Singlemode Fiber Optic Cables, Multimode Fiber
Optic Cables, Armored Fiber Optic Cables, Loose Tube Fiber Optic Cables .
fibercablewholesale.com

**HD Projector TV - By CABLEWHOLESALE.COM - Compare Prices,**
**Reviews ...**
HD Projector TV - 10 results like the CABLEWHOLESALE.COM Long Component Video Cable
Premium Grade 24K Gold, CL2, 100 ft, CABLEWHOLESALE.COM Cable Showcase Premium
www.nextag.com/CABLEWHOLESALE.COM/hd-projector-tv/brand-html

**Frequently Asked Questions - CableWholesale.com**
We have the best price for you! Shop online and secure for computer cables, custom cables,
category 5 cables, network cables, adaptor, switch box, vga splitter, video
www.national-tech.com/index.php?section=Support&body=FAQ

**CableWholesale.com Coupons (4 available)**
CableWholesale.com Coupons. Currently there are 4 coupons available. Latest Coupon: Find
custom cables
deallocker.com/coupon/cablewholesale.com

**HD Cables - By CABLEWHOLESALE.COM - Compare Prices, Reviews and ...**
HD Cables - 22 results like the CABLEWHOLESALE.COM Long Component Video Cable
Premium Grade 24K Gold, CL2, 100 ft, CABLEWHOLESALE.COM HD15 (SVGA) Male / HD15
(SVGA ...
www.nextag.com/CABLEWHOLESALE.COM/hd-cables/brand-html

Related Searches for Cablewholesale.com

| VGA Splitter Cable | Cat 5 to USB Cable |
| Cat 6 Ethernet Cable | Cat 6 Plenum Cable |
| Wholesale Cable | CAT5 Splitter |
| Computer Video Splitter | Component Cable Switch |

**CableWholesale**
www.CableWholesale.com · Lifetime Warranty Cables At Wholesale Prices, Ships Same-day

1   2   3   4   5   Next

Cablewholesale.com



RELATED SEARCHES
VGA Splitter Cable
Cat 5 to USB Cable
Cat 6 Ethernet Cable
Cat 6 Plenum Cable
Wholesale Cable
CAT5 Splitter
Computer Video
Splitter
Component Cable
Switch

SEARCH HISTORY
cable salewhole.com
cablesale whole.com
cable sale whole.com
cablesalewhole.com
Whole sale cables

See all
Clear all   Turn off

Sponsored sites

**CableWholesale**
Free Shipping on Order $65 and more
www.sfcable.com

See your message here

© 2011 Microsoft   Privacy   Legal   Advertise   About our ads   Help   Tell us what you think

# EXHIBIT B

  

*8999777*
SUM-100

## SUMMONS
### *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CABLE WHOLESALE.COM, INC., a California corporation,

> FOR COURT USE ONLY
> *(SOLO PARA USO DE LA CORTE)*
>
> **FILED**
> ALAMEDA COUNTY
>
> JUN 09 2011
>
> CLERK OF THE SUPERIOR COURT
> By _____ Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: *(Número del Caso):* |
|---|---|
| *(El nombre y dirección de la corte es):* | V G 1 1 5 7 9 8 9 0 |

Superior Court of the State of California, County of Alameda
5672 Stoneridge Drive, Pleasanton, CA 94588

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James G. Schwartz, LO of James G. Schwartz, 7901 Stoneridge Dr. #401, Pleasanton CA 94588 925-463-1073

| DATE: JUN 09 2011 PAT SWEETEN | Clerk, by | , Deputy |
|---|---|---|
| *(Fecha)* EXECUTIVE OFFICE/CLERK | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT C

  

*8999773*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| James G. Schwartz (069371); Joshua D. Brysk (184200)<br>Law Offices of James G. Schwartz, P.C.<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA 94588<br>TELEPHONE NO.: 925-463-1073    FAX NO.: 925-463-2937<br>ATTORNEY FOR *(Name):* Plaintiff CABLE WHOLESALE.COM, INC. | **FILED**<br>**ALAMEDA COUNTY**<br><br>JUN 09 2011<br><br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ALAMEDA**
STREET ADDRESS: 5672 Stoneridge Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Pleasanton 94588
BRANCH NAME:

CASE NAME:
Cable Wholesale.Com, Inc. v. SF Cable, Inc., et al.

| **CIVIL CASE COVER SHEET**<br>[✓] Unlimited    [ ] Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)    $25,000 or less) | **Complex Case Designation**<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**VG11579890**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) |     condemnation (14) |     above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) |     types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [✓] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 9
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: June 8, 2011

James G. Schwartz
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2