UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., | No. C-11-2966 EMC |
| Plaintiff, | |
| v. | **AMENDED ORDER RE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| SF CABLE, INC., | |
| Defendant(s). | (Paragraph 4 added as parties stipulated) |

_____/

Pursuant to the parties' stipulation reached in open court on August 2, 2011, the Court hereby orders as follows. During the pendency of this litigation until a final judgment is rendered herein:

1. Defendant shall not use as a keyword for sponsored advertising or as a metatag on any Internet search engine the following words: "cablewholesale.com," "cable wholesale.com," or similar variant. Defendant shall not be precluded, however, from using the terms "cable" or "wholesale" singularly or in combination.

2. Defendant shall not publish on its website any of the 14 images identified in the declaration of Michael Capone in support of Plaintiff's Motion for Temporary Restraining Order. Nor shall Defendant copy any image from Plaintiff's website for publication on its website.

3. By August 9, 2011, Defendant shall not use any of the text highlighted in Exhibit D to the Capone declaration unless it demonstrates the source of the text is independent of Plaintiff's website.

The parties shall meet and confer and agree upon an evidence preservation plan for both parties. Should they fail to reach agreement on any issue, the parties shall file a letter (not exceeding 3 pages in length) describing any remaining dispute(s) regarding preservation of evidence.

4. Defendant shall not scrape, remove, copy or replicate any images, text, or anything else from Cable Wholesale.com's Website.

IT IS SO ORDERED.

Dated: August 9, 2011

_____
EDWARD M. CHEN
United States District Judge

2