*Law   Offices   of*

# James G. Schwartz

*A Professional Corporation*

James G. Schwartz
Joshua D. Brysk

September 3, 2011

The Hon. Edward M. Chen
Department 5, United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

       **RE:**   ***Cable Wholesale.com, Inc. v. SF Cable, Inc.***
            *US District Court, Northern District of California, San Francisco Division Case*
            *No. CV 11-2966 EMC*

        -   **Request  Continuance of the Case Management Conference Scheduled
             for September 30, at 9:00 AM in Court Room 5**

Dear Judge Chen:

     I sent Defendant's Counsel, Bruce Pointkowski a  request to continue the Case
Management Conference Scheduled for September 30 at 9:00 in Court Rom 5, because the date
is on Rosh Hashanah. Mr. Pointkowski has agreed to stipulate to the continuance (attached
hereto is the e-mail and response dated September 2, 2011).

     I am requesting the Court to set a new date for the Case Management Conference. Thank
you for your consideration in this matter.

                     Very truly yours,

                     Law Offices of James G. Schwartz, P.C.

                     James G. Schwartz

JGS/rs
cc:  Bruce Pointkowski

IT IS SO ORDERED that the CMC is reset from 9/30/11 to 10/7/11 at 9:00 a.m.  A joint CMC statement
shall be filed by 9/30/11.

_____
Edward M. Chen, U.S. District Judge

F:Cablewhole\SFCable\FederalTRO\request          031.1.1955.0001

*IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen*

7901 Stoneridge Drive, Suite 401, Pleasanton, California 94588  •  (925) 463-1073
Facsimile (925) 463-2937  •  jgschwartz.com

**Jim Schwartz**

| | |
|---|---|
| **From:** | Bruce Piontkowski [BPiontkowski@tingleyllp.com] |
| **Sent:** | Friday, September 02, 2011 1:29 PM |
| **To:** | Jim Schwartz |
| **Subject:** | Re: Meet and Confer |

Yes. We agree to stipulate to continue the CMC.

Let's talk next week. Does Wednesday work for you?

Bruce Piontkowski

On Sep 2, 2011, at 1:25 PM, "Jim Schwartz" <jim@jgschwartz.com> wrote:

> Bruce:
>
> I did not realize that the September 30 CMC is on Rosh Hashanah so I would like to ask for a
> stipulation to continue that date. We have also not met and conferred on the discovery issues.
>
>
> I also did not hear from you regarding the glossary of terms.
>
>
> Regards
>
>
> James G. Schwartz
>
> Law Offices James G. Schwartz P.C.
>
> 7901 Stoneridge Dr Suite 401
>
> Pleasanton Ca 94588
>
> Phone  925 463 1073
>
> Fax     925 463 2937
>
> jim@jgschwartz.com
>
> www.jgschwartz.com
>
> The contents of this message may be privileged and confidential. Therefore, if this message has been received
> in error, please delete it without reading it. Your receipt of this message is not intended to waive any
> applicable privilege. Please do not disseminate this message without the permission of the author.

1