# Law Offices of
# James G. Schwartz
*A Professional Corporation*

James G. Schwartz
Joshua D. Brysk

September 3, 2011

The Hon. Edward M. Chen
Department 5, United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

      RE:   **_Cable Wholesale.com, Inc. v. SF Cable, Inc._**
             _US District Court, Northern District of California, San Francisco Division Case No. CV 11-2966 EMC_

- **Request Continuance of the Case Management Conference Scheduled for September 30, at 9:00 AM in Court Room 5**

Dear Judge Chen:

    I sent Defendant's Counsel, Bruce Pointkowski a request to continue the Case Management Conference Scheduled for September 30 at 9:00 in Court Rom 5, because the date is on Rosh Hashanah. Mr. Pointkowski has agreed to stipulate to the continuance (attached hereto is the e-mail and response dated September 2, 2011).

    I am requesting the Court to set a new date for the Case Management Conference. Thank you for your consideration in this matter.

                           Very truly yours,

                           Law Offices of James G. Schwartz, P.C.

                           James G. Schwartz

JGS/rs
cc: Bruce Pointkowski

IT IS SO ORDERED that the CMC is reset from 9/30/11 to 10/7/11 at 9:00 a.m. A joint CMC statement shall be filed by 9/30/11.

_____
Edward M. Chen, U.S. District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

F:Cablewhole\SFCable\FederalTRO\request 0311.1955.0001

7901 Stoneridge Drive, Suite 401, Pleasanton, California 94588 • (925) 463-1073
Facsimile (925) 463-2937 • jgschwartz.com

## Jim Schwartz

**From:** Bruce Piontkowski [BPiontkowski@tingleyllp.com]
**Sent:** Friday, September 02, 2011 1:29 PM
**To:** Jim Schwartz
**Subject:** Re: Meet and Confer

Yes. We agree to stipulate to continue the CMC.

Let's talk next week. Does Wednesday work for you?

Bruce Piontkowski

On Sep 2, 2011, at 1:25 PM, "Jim Schwartz" <jim@jgschwartz.com> wrote:

> Bruce:
>
> I did not realize that the September 30 CMC is on Rosh Hashanah so I would like to ask for a stipulation to continue that date. We have also not met and conferred on the discovery issues.
>
> I also did not hear from you regarding the glossary of terms.
>
> Regards
>
> James G. Schwartz
>
> Law Offices James G. Schwartz P.C.
>
> 7901 Stoneridge Dr Suite 401
>
> Pleasanton Ca 94588
>
> Phone  925 463 1073
>
> Fax     925 463 2937
>
> jim@jgschwartz.com
>
> www.jgschwartz.com
>
> The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.