James G. Schwartz, Esq. (SBN 069371)
jim@jgschwartz.com
Joshua D. Brysk, Esq. (SBN 184200)
josh@jgschwartz.com
Law Offices of James G. Schwartz, P.C.
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone: (925) 463-1073
Facsimile:  (925) 463-2937

Attorneys for Plaintiff
Cable Wholesale.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11-2966 EMC<br><br>**STIPULATION AND ORDER PERMITTING FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties, by and between their counsel, hereby stipulate that Plaintiff is permitted to file the First Amended Complaint which is attached hereto as <u>Exhibit A</u>.

Dated: December 1, 2011                    Law Offices of James G. Schwartz, P.C.

                                            _____
                                            James G. Schwartz
                                            Joshua D. Brysk
                                            Attorneys for Plaintiff CABLE
                                            WHOLESALE.COM, INC.

Dated: December 1, 2011                                TINGLEY PIONTKOWSKI LLP

                                                       _____
                                                       Bruce C. Piontkowski
                                                       Attorneys for Defendant SF CABLE, INC.

**ORDER:**

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff is hereby granted leave to file the Proposed First Amended Complaint attached as Exhibit A hereto.

Date:   12/5/11

IT IS SO ORDERED
Judge Edward M. Chen
United States District Court
Northern District of California

F:cablewholesale\sfcable\federalcourtpleadings\stipulation permitting filing of First Amended ComplaintMG112911