1   James G. Schwartz, Esq. (SBN 069371)
    jim@jgschwartz.com
2   Joshua D. Brysk, Esq. (SBN 184200)
    josh@jgschwartz.com
3   Law Offices of James G. Schwartz, P.C.
    7901 Stoneridge Drive, Suite 401
4   Pleasanton, California 94588
    Telephone: (925) 463-1073
5   Facsimile: (925) 463-2937

6   Attorneys for Plaintiff
    Cable Wholesale.com, Inc.
7

8                     UNITED STATES DISTRICT COURT

9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11                      SAN FRANCISCO DIVISION

12

13

14   CABLE WHOLESALE.COM, INC., a California          Case No. CV 11-2966 EMC

15   corporation,
                                                      **FIRST AMENDED COMPLAINT FOR**
16          Plaintiff,                                **TRADE NAME INFRINGEMENT, FALSE**
                                                      **AND MISLEADING ADVERTISEMENT,**
17   v.                                               **UNFAIR BUSINESS PRACTICES,**
                                                      **INTENTIONAL INTERFERENCE WITH**
18   SF CABLE, INC., a California corporation, and    **PROSPECTIVE ECONOMIC**
     DOES 1-20, inclusive,                            **ADVANTAGE, NEGLIGENT**
19                                                    **INTERFERENCE WITH PROSPECTIVE**
            Defendants.                               **ECONOMIC ADVANTAGE, COPYRIGHT**
20                                                    **INFRINGEMENT, PRELIMINARY AND**
                                                      **PERMANENT INJUNCTIVE RELIEF,**
21                                                    **DECLARATORY RELIEF, FALSE**
                                                      **REPRESENTATION, FALSE**
22                                                    **DESIGNATION OF ORIGIN AND UNFAIR**
                                                      **COMPETITION UNDER THE LANHAM**
23                                                    **ACT, COMMON LAW UNFAIR**
                                                      **COMPETITION AND UNJUST**
24                                                    **ENRICHMENT**
25

26

27

28

FIRST AMENDED COMPLAINT                                                            -1-

1    COMES NOW, Plaintiff, CABLE WHOLESALE.COM, INC., a California Corporation,

2  (Plaintiff or Company) to assert the following causes of action and request the requested relief as stated

3  in this Complaint against Defendant, SF CABLE, INC., a California corporation (Defendant).

4    1.    Plaintiff is and at all times herein mentioned was a corporation registered in the State of

5  California, residing and conducting business in the County of Alameda.

6

7    2.    Defendant is and at all times herein mentioned was a corporation registered in the State

8  of California and residing and conducting business in the County of Alameda.

9    3.    The names and capacities, whether individual, corporate, associate or otherwise, of

10  defendants DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues these

11  defendants by their fictitious names. Plaintiff is informed and believes and thereon alleges that each of

12  the defendants designated as a fictitiously named defendant is, in some manner, responsible for the

13  events and happenings alleged and caused or contributed to the harm done to Plaintiff as hereinafter set

14  forth in each cause of action, or has possession of the property that is the subject of this Complaint.

15  Plaintiff will seek the court's leave to amend this Complaint to allege such true names and capacities

16  of the fictitiously named defendants when they have been ascertained.

17

18    4.    Plaintiff is informed and believes and on that basis alleges that at all times herein

19  mentioned all Defendants were, and are, the agents, servants and employees of all the other

20  Defendants, and were acting within the scope of this agency or employment in doing the things herein

21  alleged, and any reference hereinafter to "Defendant or Defendants" is intended by Plaintiff to refer to

22  "Defendants, and each of them".

23

24    5.    This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1138, in

25  that this action arises in part under 17 USC §101 and 15 U.S.C. §§ 1125 and 1121.  This court also has

26  supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. §1367.

27

28

6.      Plaintiff began conducting business in 1996 as "National Technology" in the field of discount home and business cable solutions and power supplies for home and office computers and electronics. Plaintiff incorporated in 2000 as Cable Wholesale.com, Inc. in the State of California. (A copy of Plaintiff's Articles of Incorporation are attached hereto as **Exhibit A**.)

7.      Plaintiff's primary place of business is located in Livermore, California, County of Alameda, and conducts business on the Internet under the domain name www.cablewholesale.com. (A copy of Plaintiff's domain name registration is attached hereto as **Exhibit B**.)

8.      In or around December 2000, Plaintiff hired a graphic designer with a background in website design and print catalogs to provide a more professional look to the Company's website and catalogs. That employee was Duangtip Kochpatcharin (aka, Jennifer Truong, and hereinafter referred to as "Ms. Truong"). Ms. Truong worked as a graphic designer for Plaintiff and had access to and worked with all of the Company's materials and information for its website and catalogs. In addition, because the Company was small, each of the employees performed many different functions. For example, all employees, including Ms. Truong, helped in the warehouse, contacted vendors, coordinated deliveries and communicated with customers. As a result, Plaintiff is informed and believes and thereon alleges that Ms. Truong gained an understanding of how to operate and manage Plaintiff's business. For example, Plaintiff is informed and believes and thereon alleges that Defendant was aware of the identity of Plaintiff's suppliers and later contacted them for her own competing business as described below.

9.      In or around October 2001, while Ms. Truong was still employed by Plaintiff, her then boyfriend, now husband, registered the domain name "SFCABLE.COM."

10.     In or around January 2002, Ms. Truong resigned from Plaintiff's company. Ms. Truong stated to Plaintiff's owners that she was resigning in order to return to school and finish her degree. Approximately three to four months later, Plaintiff became aware of the existence of SF Cable, Inc.

1    Plaintiff is informed and believes and thereon alleges that Ms. Truong was and is associated with or

2    affiliated with SF Cable, Inc. as a founder, owner, shareholder, manager, agent or employee. SF Cable,

3    Inc. does business on the Internet under the domain name www.sfcable.com.

4          11.     Defendant's website at www.sfcable.com is a direct competitor with Plaintiff's website

5    at www.cablewholesale.com. Initially, sfcable.com was designed to look and feel exactly like

6    cablewholesale.com. Plaintiff is informed and believes and thereon alleges that Defendant literally

7    copied portions of cablewholesale.com for its sfcable.com website. For example, sfcable.com clearly

8    copied text from cablewholesale.com, because it was the same text on cablewholesale.com and the text

9    contained the same typographical errors. Defendant used pictures from cablewholesale.com for its

10   sfcable.com website, which were original works owned by Plaintiff and which Ms. Truong had access

11   to as the graphic designer for Plaintiff's website. After Plaintiff discovered these things, Plaintiff wrote

12   Defendant a cease and desist letter some time in 2003. Defendant responded to the cease and desist

13   letter by changing the look and feel of its website so that it no longer appeared like

14   cablewholesale.com and removed most, but not all, of the infringing content.

15         12.     On or about March 2011, Plaintiff discovered that Defendant was running an

16   advertisement on Google.com using the term "cablewholesale.com." As such, whenever anyone uses

17   the search terms, "Cablewholesale.com", "cable wholesale.com", "cablewholesale.com", "cable

18   wholesale", an advertising banner with the name "Cablewholsesale.com" appears with a link to

19   Defendant's website.  When a consumer uses the more grammatically correct search term "wholesale

20   cable", Plaintiff's trade name "Cablewholesale.com" also appears with a link to Defendant's website.

21   The search results show that the Defendant SFCable uses the specific term "cablewholesale.com" as

22   part of its advertising campaign for its products and services on the Google website. Defendant also

23   uses the Plaintiff's trade name in its advertising on the search website Bing.com. (Copies of a

24   Google.com and a Bing.com searches are attached hereto as **Exhibit C**.)  Google ads are syndicated to

1   other websites and, as a result, by running an ad on Google using Plaintiff's trade name the offending

2   ad is propagated to other search engines and websites throughout the Internet.

3          13.     Plaintiff is informed and believes and thereon alleges that Defendant has further

4   engaged in the misuse of Plaintiff's trade name in that Defendant uses Plaintiff's registered trade name

5   as a *metatag* in its website. A metatag is a tag that is used to store information about a web page, but

6   which is not visible by a web browser. As a result, consumers who expressly use the search term

7   "cablewholesale.com" in order to find the Plaintiff's website will also be directed to Defendant's

8   website without even knowing it. That is because Defendant uses the metatag "cablewholesale.com"

9   embedded in its website as part of its Google advertising.

10         14.     Furthermore, Defendant has continued to copy various images and text from Plaintiff's

11  website for use on its own website. The images and text copied by Defendant constitute original works

12  owned exclusively by Plaintiff and for which Plaintiff granted Defendant no right, title or license to

13  copy, use, display, create derivative works from or distribute. The continued use of such images and

14  text by Defendant constitutes an infringement of Plaintiff's copyrights in those materials, including

15  Plaintiff's right to attribution.

16         15.     In 2010, Internet advertising reached record revenue of $26 billion. (Associated Press,

17  Barbara Ortutay, *US Internet Ad Revenue Hit Record in 2010*, THE SAN FRANCISCO CHRONICLE (April

18  13, 2011 at http://sfgate.com.) The most popular format of advertising was from an Internet search,

19  which represented forty-six percent (46%), or $12 billion, of the total Internet advertising revenue from

20  2010. (Id.) Display related advertising accounted for thirty-eight percent (38%), or $9.9 billion, in total

21  Internet advertising revenue for that same year. (Id.)

22         16.     Google is the third most visited website on the Internet and the leading Internet search

23  engine. Moreover, Google ads are syndicated to other websites and, as a result, by running an

24  infringing Google ad the offending content is propagated to websites throughout the Internet.

17.     Plaintiff earns 44% of its gross revenue from sales on its website located at www.cablewholesale.com. Plaintiff spends approximately 2% of its annual revenue to manage and maintain its Internet presence. Plaintiff spends 6% of its revenue on advertising, which consists entirely of advertising for its website www.cablewholesale.com. Plaintiff estimates that 15% of the customers who purchase goods on its website are return customers.

### FIRST CAUSE OF ACTION
### TRADE NAME INFRINGEMENT
### (California Business & Professions Code §14415)

18.     Plaintiff realleges and incorporates paragraphs 1-17 as though fully set forth herein.

19.     California Business & Professions Code Section 11415 provides a rebuttable presumption that an entity who files Articles of Incorporation under a given business name has the right to the exclusive use of that name as a trade name.

20.     On January 10, 2000, Plaintiff filed its Articles of Incorporation with the Secretary of State for the State of California under the trade name "Cable Wholesale.com" and has used that name continuously since that time in order to conduct its business. Plaintiff also registered its trade name as a domain name "cablewholesale.com" and has used that domain name continuously as its Internet presence and identity ever since.

21.     Plaintiff is known by its customers and competitors alike by its domain name and trade name cablewholesale.com. Plaintiff's trade name has earned considerable good will.

22.     Plaintiff's trade name, although descriptive, has gained secondary meaning as evidenced by the Defendant's copying and use of that name in its website advertising, as well as other evidence of secondary meaning such as the amount of revenue Plaintiff spends to maintain its presence at www.cablewholesale.com, the percentage of its total annual revenue generated from www.cablewholesale.com and from the number of customers who return to conduct business via Plaintiff's website www.cablewholesale.com.

23.    Business & Professions Code Section 14402 authorizes any court of competent jurisdiction to restrain by injunction any use of a trade name in violation of the rights defined in Chapter 3 of that code. Accordingly, Plaintiff respectfully requests the court to issue a preliminary and permanent injunction restraining the Defendant from using the domain name and trade name "cablewholesale.com", or any confusingly similar name, in any form or manner, including in its Internet advertising, or embedded on its website in order to attract customers using the trade name as a search term, or in any other manner in any other form using any other medium.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## SECOND CAUSE OF ACTION
## FALSE AND MISLEADING ADVERTISING
(California Business & Professions Code §17500)

24.    Plaintiff realleges and incorporates paragraphs 1-23 as though fully set forth herein.

25.    California Business & Professions Code §17500 prohibits untrue or misleading advertising that is known, or which reasonably should be known, to be untrue or misleading. An advertisement is any statement concerning the offer of real or personal property or services that is publicly disseminated in any newspaper or other publication, or by any advertising device, or by public outcry or proclamation, or in any other manner. A statement is false or misleading when members of the public are likely to be deceived.

26.    Defendant intentionally advertised its services on the Google.com and Bing.com websites using Plaintiff's trade name in a manner that was intended to deceive the public, including Plaintiff's customers, and to direct those new and existing customers Defendant's website. Using advertising in such a manner is no different than placing an advertisement in the Yellow Pages using Plaintiff's trade name.

27.     California Business & Professions Code §17535 provides for monetary restitution and injunctive relief for violations of Section 17500, which remedies are cumulative with all other remedies available at law and equity.

WHEREFORE, Plaintiff prays for judgment as set forth below.

### THIRD CAUSE OF ACTION
### UNFAIR BUSINESS PRACTICES
(California Business & Professions Code §17200)

28.     Plaintiff realleges and incorporates paragraphs 1-27 as though fully set forth herein.

29.     California Business and Professions Code §17200 prohibits any "unlawful, unfair or fraudulent business act or practice" and any "unfair, deceptive, untrue or misleading advertising." A single business practice is actionable under §17200.

30.     An "unlawful" business practice means a business practice that is forbidden by law, such as using registered trade name of another company as one's own. An "unfair" business practice occurs when it offends an established public policy or when the practice is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers. A "fraudulent" business practice involves one that is likely to deceive, such as false advertising.

31.     Defendant has engaged in a pattern and practice involving multiple unlawful, unfair and fraudulent business practices when it advertised its goods and services using Plaintiff's trade name and by using Plaintiff's trade name in its Internet advertising and as a metatag on Defendant's website.

32.     Business & Professions Code §17200 provides for restitution and injunctive relief for past, present and future violations of that code.

WHEREFORE, Plaintiff prays for judgment as set forth below.

### FOURTH CAUSE OF ACTION
### INTENTIONAL INTERFERENCE WITH PROSPECTIVE
### ECONOMIC ADVANTAGE

33.     Plaintiff realleges and incorporates paragraphs 1-32 as though fully set forth herein.

34.     Defendant intentionally interfered with Plaintiff's prospective business advantage by using unfair and improper means of competition to interfere with Plaintiff's business relationships with both its existing and prospective customers. Defendant knowingly and intentionally diverted Plaintiff's existing and prospective business by using Plaintiff's trade name in its Google advertising and by embedding Plaintiff's trade name in its website and its website advertising. Defendant did these things knowingly and intentionally for the sole purpose of diverting Plaintiff's existing and prospective customers to Defendant's website. Defendant knows that Plaintiff's existing customers use its website to purchase goods and services from Plaintiff. By embedding Plaintiff's trade name in its website and website advertising existing customers have been diverted to Defendant's website.

35.     In doing these things, Defendant caused Plaintiff to sustain injury and damages in an amount to be determined at trial.

36.     In doing these things, Defendants and each of them acted with fraud, oppression, and malice and thus entitling Plaintiff to an award of punitive damages in an amount to be shown in accordance with proof at trial.

WHEREFORE, Plaintiff prays for judgment as set forth below.

**FIFTH CAUSE OF ACTION**
**NEGLIGENT INTERFERENCE WITH PROSPECTIVE**
**ECONOMIC ADVANTAGE**

37.     Plaintiff realleges and incorporates paragraphs 1-36 as though fully set forth herein.

38.     Defendant unreasonably and wrongfully interfered with Plaintiff's prospective business advantage by using unfair and improper means of competition to interfere with Plaintiff's business relationships with both its existing and prospective customers. Defendant unreasonably and wrongfully diverted Plaintiff's existing and prospective business by using Plaintiff's trade name in its Google and Bing advertising and by embedding Plaintiff's trade name in its website and its website advertising. Defendant did these things unreasonably and wrongfully for the sole purpose of diverting Plaintiff's existing and prospective customers to Defendant's website. Defendant knows that Plaintiff's existing

customers use its website to purchase goods and services from Plaintiff. By embedding Plaintiff's trade name in its website and website advertising existing customers have been diverted to Defendant's website.

39.     In doing these things, Defendant caused Plaintiff to suffer injury and damages in an amount to be determined at trial.

WHEREFORE, Plaintiff prays for judgment as set forth below.

<div align="center">

**SIXTH CAUSE OF ACTION
COPYRIGHT INFRINGEMENT**
(17 USC §101, et seq.)

</div>

40.     Plaintiff realleges and incorporates paragraphs 1-39 as though fully set forth herein.

41.     Plaintiff owns exclusive rights to copyrighted images and text created by Plaintiff and displayed on its website www.cablewholesale.com.

42.     Without permission, Defendant copied, used, made derivative works out of, distributed and displayed Plaintiff's copyrighted images and text on its website sfcable.com in violation of Plaintiff's copyrights in those works.

43.     Plaintiff has suffered irreparable injury due to Defendant's infringement of its copyrights in certain images and text and seeks an injunction prohibiting Defendant from copying and displaying Plaintiff's copyrighted images and text on its website pursuant to 17 USC §502.

44.     Plaintiff further seeks actual damages, defendant's profit from its infringement, statutory damages, costs and attorneys' fees for copyright infringement pursuant to 17 USC §§504 and 505.

WHEREFORE, Plaintiff prays for judgment as set forth below.

<div align="center">

**SEVENTH CAUSE OF ACTION
PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF**

</div>

45.     Plaintiff realleges and incorporates paragraphs 1-44 as though fully set forth herein.

---

FIRST AMENDED COMPLAINT

46.     That this Court issue preliminary and permanent injunction pursuant to the power granted it under California Business & Professions Code §14330, §17535 and §17200, enjoining and restraining Defendant and its agents, owners, directors, employees, heirs and assigns from directly or indirectly using the name "cablewholesale.com" or any other name confusingly similar to Plaintiff's trade name which is likely to cause injury to business reputation or confusion in the general public as to the identity of Plaintiff's goods and services, in any form or in any medium.

47.   Defendants and each of them have and continue to refuse Plaintiff's demands that they cease and desist from their continued improper use of Plaintiff's trade name, and Plaintiff's copyrighted images and text.

48.   Unless Defendants are enjoined by this Court from enjoining and restraining Defendants and its agents, owners, directors, employees, heirs and assigns from directly or indirectly using the name "cablewholesale.com" or any other name confusingly similar to Plaintiff's trade name, Plaintiff have and will continue to suffer great and irreparable injury through Defendants continued misappropriation of Plaintiff's trade name and loss of customers which cannot be remedied by pecuniary compensation.

49.     That this court further issue preliminary and permanent pursuant to the power granted it under 17 USC §505 and Business & Professions Code §17200, prohibiting Defendant, and its agents, owners, directors, employees, heirs and assigns from copying, using, displaying, distributing or making derivative works of any of Plaintiff's copyrighted images or text.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## EIGHTH CAUSE OF ACTION
## DECLARATORY RELIEF

50.     Plaintiff realleges and incorporates paragraphs 1-49 as though fully set forth herein.

51.     An actual controversy has arisen between this Plaintiff and this Defendant regarding the legal rights and duties pertaining to the use of Plaintiff's trade names and copyrighted images and text contained on its website.

52.     Plaintiff seeks a judicial declaration and determination that it be adjudged that Defendant, its agents, owners, directors, employees, heirs and assigns have no right to use Plaintiff's trade name in any form, for any reason, using any medium.

53.     Plaintiff seeks a judicial declaration and determination that it be adjudged that Defendant, agents, owners, directors, employees, heirs and assigns have no right to copy, use, display, distribute or make derivative works of Plaintiff's copyrighted images or text contained on Plaintiff's website.

54.     That Defendant be required to account for and pay to Plaintiff, in the case of trade name infringement, all of the proceeds received by them for the use of Plaintiff's trade name, and in the case of copyright infringement, statutory damages and attorneys' fees pursuant to the Federal Copyright Act.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## NINTH CAUSE OF ACTION
## FALSE REPRESENTATION, FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION UNDER LANHAM ACT
### (15 U.S.C. §1125 (a))

55.     Plaintiff realleges and incorporates paragraphs 1-54 as though fully set forth herein.

56.     As alleged herein, Defendant has and continues to copy and misappropriate various images, products, photographs and text from Plaintiff's website and by other means for use on its own website and sales to the public while falsely representing that these images, products, photographs and text belong to Defendant.   The images, products, photographs and text misappropriated by Defendant originated with the Plaintiff. As a result, a consumer is left with the false impression that the images, products, photographs and text of Plaintiff belong to Defendant.

57.     The aforesaid acts of Defendant are likely to cause confusion, mistake and/or deception among purchasers and potential purchasers believing that the Plaintiff's various images, products,

photographs and text which Defendant copied and/or used without authorization from Plaintiff's website and by other means originated with and belong to Defendant.

58.    The confusion, misrepresentations, mistake or deception referred to herein arises out of the aforesaid acts of Defendant which constitutes false designation of origin and unfair competition in violation of 15 U.S.C. §1125 (a).   The aforesaid acts of Defendant also constitutes express and/or implied reversing passing off of Plaintiff's images, products, photographs and text as belonging to and originating with Defendant, in violation of 15 U.S.C. §1125 (a).

59.   Upon information and belief the aforesaid acts of Defendant were undertaken willfully and with the intention of causing confusion, mistake or deception.

60.   In doing these things, Defendant caused Plaintiff to suffer injury and damages in an amount to be determined at trial.

61.    Plaintiff seeks recovery from Defendant of all profits and other wrongful gain realized by Defendant by reason of their unlawful acts alleged herein, and that such amounts be trebled, as provided by law.

62.  Plaintiff further seeks actual damages, defendant's profit from its infringement, statutory damages, costs and attorneys' fees for copyright infringement pursuant to 15 USC §1117.

63. By reason of the acts of Defendant alleged herein, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing these wrongful acts, the damage to Plaintiff will increase.

64. Plaintiff has no adequate remedy at law.

65.   Plaintiff seeks recovery of reasonable attorneys in an amount to be shown in accordance with proof at time of trial.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## TENTH CAUSE OF ACTION
## COMMON LAW UNFAIR COMPETITION

FIRST AMENDED COMPLAINT                                                                                          -13-

66.   Plaintiff realleges and incorporates paragraphs 1-65 as though fully set forth herein.

67.   By their acts alleged herein, Defendant has engaged in unfair competition under the common law of the State of California.

68.   The acts and conduct of Defendant in falsely passing off Plaintiff's images, products, photographs and texts as belonging to and originating with Defendant were done with the intention of intentionally deceiving the public and/or actual and prospective customers of Plaintiff.

69.   Upon information and belief the aforesaid acts were undertaken willfully and with the intention of causing confusion, mistake or deception to the public and/or actual and prospective customers of Plaintiff.

70.   In doing these things, Defendant caused Plaintiff to suffer injury and damages in an amount to be determined at trial.

71.   Plaintiff seeks recovery from Defendant of all profits and other wrongful gain realized by Defendant by reason of their unlawful acts alleged herein in an amount to be shown in accordance with proof at trial.

72.   By reason of the acts of Defendants alleged herein, Plaintiff has suffered, is suffering and will continue to suffer irreparable damage and, unless said Defendants are restrained from continuing these wrongful acts, the damage to Plaintiff will increase.

73.   In doing these things, Defendants and each of them acted with fraud, oppression, and malice and thus entitling Plaintiff to an award of punitive damages in an amount to be shown in accordance with proof at trial.

74. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff prays for judgment as set forth below.

## ELEVENTH CAUSE OF ACTION
## UNJUST ENRICHMENT

1   75.   Plaintiff realleges and incorporates paragraphs 1-74 as though fully set forth herein.

2   76.   As more fully alleged above, Defendants and each of them have received certain

3   benefits, without paying adequate compensation for the benefits, to the detriment of Plaintiff.   Such

4   benefits include but are not limited to defendants and each of them, wrongfully receiving income of

5   customers through their misappropriation and improper use of the trade name of Plaintiff and images and

6   text of Plaintiff, and continuing to use the trade name of Plaintiff for the continued solicitation of

7   customers.

8   

9   77.   Defendants and each of them received said benefits by fraud and/or mistake and under such

10   circumstances that it would be inequitable for said Defendants to retain the benefits without paying the

11   value thereof.

12   78.   Plaintiff is entitled to be reimbursed by defendants and each of them for such benefits

13   and/or payments as they received without providing adequate compensation and/or services therefore

14   according to proof at trial.

15   WHEREFORE, Plaintiff prays for judgment against defendants and each of them as follows:

16   

17   **PRAYER**

18   NOW WHEREFORE, Plaintiff prays for the following:

19   1.   An injunction restraining Defendant from using the domain name and trade name

20   "cablewholesale.com" or any confusingly similar name in any form or manner and in any medium;

21   2.   Restitution in an amount to be fixed at trial for trade name infringement, false

22   advertising and unlawful, unfair and fraudulent competition;

23   3.   An injunction restraining Defendant from using Plaintiff's copyrighted images and text

24   on its website (17 USC §502);

25   

26   4.   Actual and statutory damages for copyright infringement (17 USC §504(c)) and

27   violation of the Lanham Act (15 USC §1117);

28   5.   Restitution and unjust enrichment in an amount to be fixed at trial;

6.  Punitive damages under the Fourth and Tenth Causes of Action;

7.  Costs and attorneys' fees, where authorized;

8.  Declaratory relief;

9.  Defendant, its officers, agents, servants, employees, attorneys, parents, subsidiaries and related companies and all persons acting for, with, by, through or under them, and their Internet service providers with notice of the Court's Order by personal service, electronic mail, or otherwise, and each of them, be temporarily, preliminarily and thereafter permanently enjoined and restrained from: (a) Using in any manner the tradename of Plaintiff, and any other term or terms likely to cause confusion therewith as Defendants' domain name, directory, or other such computer address, as the name of their Web site service, in buried code words or metatags, on their home page, on computer diskettes or in connection with the retrieval of data or information or on other goods or services, or in connection with the advertising or promotion of their goods, services, or Web site or services, so long as such goods or services do not emanate from or originate with Plaintiff;   (b) Using in any manner the tradename of Plaintiff in connection with the Plaintiff's goods or services in such a manner that is likely to create the erroneous belief that said goods or services are authorized by, sponsored by, licensed by or are in some way associated with Plaintiff; (c) Disseminating, using or distributing any Web site pages, advertising or Internet code words or titles, or any other promotional materials whose appearance so resembles Plaintiff's intellectual property as to create a likelihood of confusion, mistake or deception; (d) Otherwise engaging in any other acts or conduct which would cause consumers to erroneously believe that Defendants' goods or services are somehow sponsored by, authorized by, licensed by, or in any other way associated with Plaintiff; and   (e) Copying,

reproducing, distributing, or preparing derivative works of Plaintiff's copyrighted images, photographs and texts ;

10. Defendant be directed to delete from its computer files, menus, hard drives, servers, diskettes and backups, "cablewholesale.com" and any copy, simulation, variation or colorable imitations thereof, and any use of Plaintiff's tradename;

11. Defendants be required to deliver up to Plaintiffs to be held for destruction at the conclusion of this action any and all computer software, inventory of computer diskettes or the like, packaging, labels, sales material, press releases, promotional material, advertising material, stationary, plates, and other materials bearing the name "cablewholesale.com" and any copy, simulation, variation or colorable imitations thereof, and any use of Plaintiff's tradename;

12. That Defendant be ordered to notify in writing and direct to all publishers of directories or lists, including internet search engines, in which Defendants' use of "cablewholesale.com" or Plaintiff's tradename appears, to delete all references to these names from their public databases, search engine directories, directory assistance and from all future directories in which said name is to appear, and to delete all forwarding or "cache memory" or storage mechanisms referencing such name, and that Defendants shall notify their customers, subscribers and correspondents who have done business or communicated with them, during the period that they have used the name "cablewholesale.com" or Plaintiff's tradename on their Internet Web site or used "cablewholesale.com" or Plaintiff's tradename as their domain names, of their name change or that they no longer do business under this name;

13. Defendants file with the Court and serve upon Plaintiff's counsel within thirty (30) days after entry of Judgment a report in writing under oath setting forth in detail the manner

1    and form in which Defendants have complied with the requirements of the Injunction

2    and Order;

3    14.    Defendants be required to post any Order of the Court on their Web sites and give

4    notice thereof to all their correspondents, members and subscribers; and

5    15.    Plaintiff have such other and further relief as the Court may deem appropriate to prevent

6    the public from deriving the erroneous impression that any goods or services provided

7    by or promoted by Defendants are authorized by Plaintiff or related in any way to

8    

9    Plaintiff, its products or services.

10   16.    All other relief the court deems just and proper.

11                          **JURY DEMAND**

12           Plaintiff requests trial by jury on all issues so triable as provided by Rule 38(a)

13   of the Federal Rules of Civil Procedure.

14   

15   Dated:  December 5, 2011                     Law Offices of James G. Schwartz
                                                   A Professional Corporation
16   

17   

18                                                            /s/

19                                                 _____
                                                   James G. Schwartz, Esq.,
20                                                 Attorney for Plaintiff CABLE
                                                   WHOLESALE.COM, INC.

21   

22   

23   

24   

25   

26   

27   F:\CableWholesale\Pldg\FirstAmendedComplaint120511        1955.0001

28   

FIRST AMENDED COMPLAINT                                                    -18-

# EXHIBIT A

05/11/2010  11:03   9254550808          CABLEWHOLESALE                    PAGE  01

# State of California
## Secretary of State

CERTIFICATE OF STATUS

ENTITY NAME:

CABLE WHOLESALE.COM, INC.

FILE NUMBER:        C2208087
FORMATION DATE:     01/10/2000
TYPE:               DOMESTIC CORPORATION
JURISDICTION:       CALIFORNIA
STATUS:             ACTIVE (GOOD STANDING)

I, DEBRA BOWEN, Secretary of State of the State of California,
hereby certify:

The records of this office indicate the entity is authorized to exercise
all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial
condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate
and affix the Great Seal of the State of
California this day of July 01, 2008.

**DEBRA BOWEN**
**Secretary of State**

*NP-25 (REV 1/2007)*

OSP 06 99731

05/11/2010  11:03    9254550808              CABLEWHOLESALE                    PAGE  02

2208087

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

JAN 1 0 2000

BILL JONES, Secretary of State

Articles of Incorporation
of
Cable Wholesale.com, Inc.

### I.

The name of this corporation is Cable Wholesale.com, Inc..

### II.

The purpose of this corporation is to engage in any lawful act or
activity for which a corporation may be organized under the General
Corporation Law of California other than the banking business, the
trust company business or the practice of a profession permitted to
be incorporated by the California Corporations Code.

### III.

The name and address in the State of California of this
corporation's initial agent for service of process is:

Name:        Jimmy J. Chen
Address:     750 N. Capitol Ave. Suite B-6
             San Jose, CA 95133

### IV.

This corporation is authorized to issue only one class of share of
stock; and the total number of shares which this corporation is
authorized to issue is 1,000,000.

Incorporator: Jimmy Chen
Dated: January 6, 2000



# EXHIBIT B

```
[mcapone@cswwww ~]$ whois cablewholesale.com
[Querying whois.verisign-grs.com]
[Redirected to whois.networksolutions.com]
[Querying whois.networksolutions.com]
[whois.networksolutions.com]
```

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions' WHOIS database is provided by Network Solutions
for information
purposes only, and to assist persons in obtaining information about or
related
to a domain name registration record. Network Solutions does not guarantee
its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of
use:
You agree that you may use this Data only for lawful purposes and that under
no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer
systems). The
compilation, repackaging, dissemination or other use of this Data is
expressly
prohibited without the prior written consent of Network Solutions. You agree
not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to
the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual
hosting package.

http://www.networksolutions.com

Visit AboutUs.org for more information about CABLEWHOLESALE.COM
<a href="http://www.aboutus.org/CABLEWHOLESALE.COM">AboutUs:
CABLEWHOLESALE.COM </a>

```
Registrant:
CableWholesale.com, Inc.
   P.O. Box 11775
   Pleasanton, CA 94588
   US

   Domain Name: CABLEWHOLESALE.COM

   ------------------------------------------------------------------
   Promote your business to millions of viewers for only $1 a month
   Learn how you can get an Enhanced Business Listing here for your domain
name.
   Learn more at http://www.NetworkSolutions.com/
   ------------------------------------------------------------------

   Administrative Contact:
      CableWholesale.com, Inc.            sales@NATIONAL-TECH.COM
      29516 UNION CITY BLVD
      UNION CITY, CA 94587-1245
      US
      510-324-0501 fax: 510-324-0502

   Technical Contact:
      Network Solutions, LLC.             customerservice@networksolutions.com
      13861 Sunrise Valley Drive
      Herndon, VA 20171
      US
      1-888-642-9675 fax: 571-434-4620


   Record expires on 30-Jul-2015.
   Record created on 30-Jul-1999.
   Database last updated on 25-May-2011 21:16:26 EDT.

   Domain servers in listed order:

   NS17.WORLDNIC.COM          205.178.190.9
   NS18.WORLDNIC.COM          206.188.198.9
```

# EXHIBIT C

Cablewholesale.com - Google Search                                    Page 1 of 3

baobaojiang8@gmail.com ▾   ⚙



Cablewholesale.com                    Search

About 2,430,000 results (0.21 seconds)          Advanced search

**CableWholesale** - Official Site for            Ad
**CableWholesale.** 1 (877) 443 0316
Wholesale prices. Ships Same Day!
www.cablewholesale.com

   HDMI Cables - Prices      Audio Cable for All
   Can't be Beat             Electronics
   Cat 5 - Right Length,     USB Cable - Huge
   Right Price               Selection

**Everything**
**Images**
**Videos**
**News**
**Shopping**
▾ **More**

**Mountain View, CA**
Change location

**Any time**
Latest
Past 24 hours
Past 3 days
Past week
Past month
Past year
Custom range...

More search tools

**CableWholesale** Computer Cables – HDMI
Network Cat 5 USB Cable. ⚲
**CableWholesale** is the ultimate source for low priced
computer cables including HDMI, network cables, cat 5
and cat 6, usb cables and much more.
www.**cablewholesale.com**/ - Cached - Similar

   Audio / Video Products     Power Product
   VGA Cable               HDMI to Micro HDMI
   Audio / Video             Cable, High ...
     Accessories          Technical Articles
   HDMI Cables High Speed   USB Type A Male /
     with Ethernet          Mini-B Male Cable

   More results from cablewholesale.com »

Contact Us - **CableWholesale.com**
**CableWholesale.com** - Manufacture and Distributor of
Computer cable, Audio/Video, SCSI, Network cable,
etc.
www.**cablewholesale.com**/index.php?body=Contact -
Cached

Power Y Cables - Power Y Cable, Power
supply Y Cable,Power Y ... ⚲
Power Y Cables, Power Y Cable, Power supply Y
Cable,Power Y Cables,Power Extension Cable.
www.**cablewholesale.com**/catalog/powerycables.htm
- Cached - Similar

HDMI and DVI Cables & Adapters - HDMI
Cables and DVI Cables - DVI ... ⚲
HDMI and DVI Cables & Adapters - **Cable Wholesale**
has HDMI cables and DVI cables at wholesale
discount pricing as well as DVI to HDMI cable
adapters.
www.**cablewholesale.com**/shop/hdmi-and-dvi-
cables.htm - Cached

Ads

**Cablewholesale.com**
Lifetime Warranty Cables & Adapters
Free Shipping on Order $65 and more
sfcable.com is rated
www.sfcable.com

See your ad here »

Cablewholesale.com - Google Search                                    Page 2 of 3

Super VGA Cable (SVGA) - Super VGA
Cable - Buy Super VGA (sVGA ...
Super VGA Cable (SVGA), **Cable Wholesale** carries
the best supply of Super VGA cable at wholesale
discount prices including sVGA cable as low as $4.
www.**cablewholesale**.com/catalog/supervgacables.htm
- Cached

Audio / Video Products - Audio cables, S
video Cable, Audio video ...
Audio / Video Products - Audio cables, S video Cable,
Audio video cable, component video cable , toslink
cable, S video to RCA cable.
https://www.**cablewholesale**.com/shop/audio-video-
products.htm - Cached

**Cable Wholesale** - cablewholesale.com/ -
Reviews, Ratings and ...
⋆⋆⋆⋆⋆ 41 reviews
Check the reputation of Cable WholesaleRead real
customer reviews. Compare prices to other stores and
find coupons.
www.resellerratings.com/store/**Cable_Wholesale** -
Cached - Similar

Copyright - **CableWholesale.com**
We have the best price for you! Shop online and
secure for computer cables, custom cables, category 5
cables, network cables, adaptor, switch box,vga ...
www.national-tech.com/index.php?body=copyright -
Cached

**Cable Wholesale** Coupon Codes - all
coupons, discounts and promo ...
Average discount of $4.78 with these **Cable
Wholesale** coupon codes and promo codes. Get the
best **cablewholesale.com** coupon at
RetailMeNot.com.
www.retailmenot.com/view/**cablewholesale.com** -
Similar

Amazon.com: **CableWholesale.com** -
Display / audio cable - HD-15 ...
⋆⋆⋆⋆⋆ 8 reviews - $13.50 - In stock
Our 25ft Premium SVGA monitor cable is built to meet
or exceed your video requirements and is built to last
with a lifetime guarantee. ...
www.amazon.com › ... › Connectors & Adapters -
Cached - Similar

Pages similar to www.**cablewholesale.com**
Cables Plus USA - Home | About Us | Guides |
Community | ... - cablesplususa.com
Cables To Go - Cables To Go provides computer
audio video cables, ... - cablestogo.com
Monoprice.com - Monoprice, Inc. (DBA.
MonoPrice.com) specializes ... - monoprice.com
PCCables.com - Sell connectors and cables for PCs,
cameras and GPS ... - pccables.com



Cablewholesale.com          Search

Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     About Google

Cablewholesale.com - Bing                                                      Page 1 of 1

| Web | Images | Videos | Shopping | News | Maps | More | | MSN | Hotmail | | Sign in ▼ | Napa, California | Preferences |

**bing** Cablewholesale.com

Web        Web    More ▼

RELATED SEARCHES          ALL RESULTS                                1-10 of 35,400,000 results    Advanced        Sponsored sites
VGA Splitter Cable
Cat 5 to USB Cable        **CableWholesale**                          Sponsored sites              **CableWholesale.com**
Cat 6 Ethernet Cable      www.CableWholesale.com   Lifetime Warranty Cables At Wholesale Prices. Ships Same-day   Free Shipping on Order $65 and more
Cat 6 Plenum Cable                                                                                www.sfcable.com
Wholesale Cable           **CableWholesale.com**
CAT5 Splitter             CableWholesale is the ultimate source for low priced computer cables including HDMI, network   See your message here
Computer Video            cables, cat 5 and cat 6, usb cables and much more. Call 888-212-8295 for
Splitter                  www.cablewholesale.com
Component Cable
Switch                       HDMI and DVI Cables       Vga Cable
                             Bulk Cable                Coaxial Cable
SEARCH HISTORY               Accessory / Adaptor       Power Product
cable salewhole.com          USB Product               DVI Product
cablesale whole.com          Show more results from www.cablewholesale.com
cable sale whole.com
cablesalewhole.com        **Shopping Cart - CableWholesale.com**
Whole sale cable          CableWholesale.com - Manufacture and Distributor of Computer cable, Audio/Video, SCSI,
                          Network cable, etc.
See all                   www.cablewholesale.com/?body=View-%20Can
Clear all  Turn off
                          **Cable Wholesale - cablewholesale.com/ - Reviews, Ratings and ...**
                          Check the reputation of Cable WholesaleRead real customer reviews. Compare prices to other
                          stores and find coupons.
                          www.resellerratings.com/store/Cable_Wholesale

                          **Cable Wholesale Coupon Codes - all coupons, discounts and promo ...**
                          Average discount of $4.78 with these Cable Wholesale coupon codes and promo codes. Get the
                          best cablewholesale.com coupon at RetailMeNot.com
                          www.retailmenot.com/view/cablewholesale.com

                          **RG58 Coaxial Cables - RG58,RG-58, Coaxial Cable,Coaxial Cables,RG ...**
                          RG58 Coaxial Cables, RG58,RG-58, Coaxial Cable,Coaxial Cables,RG Coaxial Cable,50 Ohm,
                          RG58 A/U 95% Braided Stranded
                          www.cablewholesale.com/index.php?section=Coaxial-%20Cable&body=RG58%20Coaxial-
                          20Cables

                          **Wholesale Fiber Optic Cables, Fiber Optic Cable, Singlemode Fiber ...**
                          Wholesale Fiber Optic Cables, Fiber Optic Cable, Singlemode Fiber Optic Cable, Multimode Fiber
                          Optic Cables, Armored Fiber Optic Cable, Loose Tube Fiber Optic Cables
                          fibercablewholesale.com

                          **HD Projector TV - By CABLEWHOLESALE.COM - Compare Prices,**
                          **Reviews ...**
                          HD Projector TV - 10 results like the CABLEWHOLESALE.COM Long Component Video Cable
                          Premium Grade 24K Gold, CL2, 100 ft, CABLEWHOLESALE.COM Cable Showcase Premium
                          www.nextag.com/CABLEWHOLESALE.COM/hd-projector-tv/brand-html

                          **Frequently Asked Questions - CableWholesale.com**
                          We have the best price for you! Shop online and secure for computer cables, custom cables,
                          category 5 cables, network cables, adaptor, switch box,vga splitter,video
                          www.national-tech.com/index.php?section=Support&body=FAC

                          **CableWholesale.com Coupons (4 available)**
                          CableWholesale.com Coupons. Currently there are 4 coupons available. Latest Coupon: Find
                          custom calbes
                          deallocker.com/coupon/cablewholesale.com

                          **HD Cables - By CABLEWHOLESALE.COM - Compare Prices, Reviews and ...**
                          HD Cables - 22 results like the CABLEWHOLESALE.COM Long Component Video Cable
                          Premium Grade 24K Gold, CL2, 100 ft, CABLEWHOLESALE.COM HD15 (SVGA) Male / HD15
                          (SVGA .
                          www.nextag.com/CABLEWHOLESALE.COM/hd-cables/brand-html

                          Related Searches for Cablewholesale.com

                          VGA Splitter Cable        Cat 5 to USB Cable
                          Cat 6 Ethernet Cable      Cat 6 Plenum Cable
                          Wholesale Cable           CAT5 Splitter
                          Computer Video Splitter   Component Cable Switch

                          **CableWholesale**                                      Sponsored sites
                          www.CableWholesale.com   Lifetime Warranty Cables At Wholesale Prices. Ships Same-day

                             1    2    3    4    5   Next

                          Cablewholesale.com                              

© 20  Microsoft   Privacy   Legal   Advertise   About our ads   Help

Cable Wholesale.com v. SF Cable, Inc.

Case No. CV11-02966 EMC

## CERTIFICATE OF SERVICE

     I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Alameda, State of California. My business address is:

> 7901 Stoneridge Drive, Suite 401
> Pleasanton, CA 94588
> Facsimile: (925) 463-2937

     **On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:**

**FIRST AMENDED COMPLAINT**

__X__ E-MAIL – By electronic mail or as follows:

     **Through the Court's CM/ECF filing system under Local Rule 5.5(b).**

____ MAIL– By United States Mail at Pleasanton, California in an envelope with postage thereon fully prepaid or as follows:

**FIRST CLASS MAIL**

Service was directed to:

Curtis R. Tingley
Bruce Charles Piontkowski
Tingley Piontkowski LLP
10 Almaden Boulevard, Suite 430
San Jose, CA 95113
*Attorneys for Defendant*
Tel: 408-283-7000
Fax: 408-283-7010
Email:
ctingley@tingleyllp.com
bpiontkowski@tingleyllp.com

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 5, 2011, at Pleasanton, California.

                        /s/
                      Roberta So

Law Offices of
JAMES G. SCHWARTZ
7901 Stoneridge Drive
Suite 401
Pleasanton, CA 94588
(925) 463-1073