1  James G. Schwartz, Esq. (SBN 069371)
   jim@jgschwartz.com
2  Joshua D. Brysk, Esq. (SBN 184200)
   josh@jgschwartz.com
3  Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
4  Pleasanton, California 94588
   Telephone:  (925) 463-1073
5  Facsimile:   (925) 463-2937

6  Attorneys for Plaintiff
   Cable Wholesale.com, Inc.
7

8  Curtis R. Tingley (SBN 112322)
   ctingley@tingleyllp.com
9  BRUCE C. PIONTKOWSKI (SBN 155202)
   bpiontkowski@tingleyllp.com
10 Jonathan A. McMahon (SBN 239370)
   jmcmahon@tingleyllp.com
11 TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone: (408) 283-7000
13 Facsimile:  (408) 283-7010

14 Attorneys for Defendant SF Cable, Inc.

15

16               UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                 SAN FRANCISCO DIVISION

19

20 | CABLE WHOLESALE.COM, INC., a California | Case No. CV 11-2966 EMC
   | corporation,

21 | | STIPULATION AND [PROPOSED] ORDER
   | | GRANTING CONTINUANCE OF CASE
22 |      Plaintiff, | MANAGEMENT CONFERENCE AND
   | | EXTENSION TO COMPLETE
23 | v. | MEDIATION

24 | SF CABLE, INC., a California corporation, and
25 | DOES 1-20, inclusive,

26 |      Defendants.

27

28

STIPULATION AND ORDER GRANTING CONTINUANCE OF CMC AND EXTENSION TO COMPLETE MEDIATION                    -1-

1       At the last Case Management Conference on November 7, 2011, the Court issued certain orders

2 regarding discovery and mediation. A further Case Management Conference was set for March 9, at

3 10:30 am.

4       At the time the March 9th date was set, Plaintiff's Counsel forgot that he would be away on

5 vacation and not available on March 9th, not returning from his vacation until March 19th.

6

7       Further, the Parties are in the middle of discovery. Each side has sent out requests for

8 documents from third party vendors. The Parties would prefer to have the requested documents prior to

9 depositions being taken and or mediation. It is difficult to determine when the third party documents

10 will be produced. These requested documents may not be produced until mid April. The Parties would

11 then want the opportunely to take depositions prior to mediation.

12       Therefore the Parties would request the Court to set the next Case Management Conference

13 sometime in late May 2012.

14

15       **THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for

16 March 9, at 9:00 a.m. in Court Room 5 of the United States District Court, Northern District of

17 California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.

18       Plaintiff's counsel will be on vacation from February 29 through March 19, 2012.

19       Parties are still engaged in discovery and the case is not ready for mediation.

20       The Parties request that the next Case Management Conference be scheduled in late May 2012.

21       Based on the above, parties hereby request the Court set a new date for the Case Management

22 Conference and grant an extension to complete mediation until the new Case Management Conference.

23

24 Dated:  February 2(, 2012                 Law Offices of James G. Schwartz, P.C.

25

26

27                                 James G. Schwartz

                                  Attorneys for Plaintiff CABLE

28                                   WHOLESALE.COM, INC.

1  Dated: February 21, 2012                    TINGLEY PIONTKOWSKI LLP

2                                              _____
                                               Bruce C. Piontkowski
3                                              Attorneys for Defendant SF CABLE, INC.

4

5

6        **IT IS SO ORDERED** that the Case Management Conference scheduled for March 9, at

7   9:00 a.m. has been continued to _____5/25_____, 2012 at 9: 00 a.m., and mediation be completed by

8   By that date.   A joint CMC statement shall be filed by _____5/18_____, 2012.     The last

9   day to complete mediation is extended to 5/18/12.

10  Dated: February___23___, 2012

11                                             _____
                                               The Hon. Edward M. Chen
12                                             UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18  F:\cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed]OrderGranting CMCContinuance      1955.0001

19

20

21

22

23

24

25

26

27

28