1 | James G. Schwartz, Esq. (SBN 069371)
jim@jgschwartz.com
2 | Joshua D. Brysk, Esq. (SBN 184200)
josh@jgschwartz.com
3 | Law Offices of James G. Schwartz, P.C.
7901 Stoneridge Drive, Suite 401
4 | Pleasanton, California 94588
Telephone: (925) 463-1073
5 | Facsimile:  (925) 463-2937

6 | Attorneys for Plaintiff
Cable Wholesale.com, Inc.

8 | Curtis R. Tingley (SBN 112322)
ctingley@tingleyllp.com
9 | BRUCE C. PIONTKOWSKI (SBN 155202)
bpiontkowski@tingleyllp.com
10 | Jonathan A. McMahon (SBN 239370)
jmcmahon@tingleyllp.com
11 | TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
12 | San Jose, California 95113
Telephone: (408) 283-7000
13 | Facsimile:  (408) 283-7010

14 | Attorneys for Defendant SF Cable, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11-2966 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION TO COMPLETE MEDIATION** |

STIPULATION AND ORDER GRANTING CONTINAUNCE OF CMC AND EXTENSION TO COMPLETE MEDIATION   -1-

At the last Case Management Conference on November 7, 2011, the Court issued certain orders regarding discovery and mediation. A further Case Management Conference was set for March 9, at 10:30 am.

At the time the March 9th date was set, Plaintiff's Counsel forgot that he would be away on vacation and not available on March 9th, not returning from his vacation until March 19th.

Further, the Parties are in the middle of discovery. Each side has sent out requests for documents from third party vendors. The Parties would prefer to have the requested documents prior to depositions being taken and or mediation. It is difficult to determine when the third party documents will be produced. These requested documents may not be produced until mid April. The Parties would then want the opportunity to take depositions prior to mediation.

Therefore the Parties would request the Court to set the next Case Management Conference sometime in late May 2012.

**THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for March 9, at 9:00 a.m. in Court Room 5 of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.

Plaintiff's counsel will be on vacation from February 29 through March 19, 2012.

Parties are still engaged in discovery and the case is not ready for mediation.

The Parties request that the next Case Management Conference be scheduled in late May 2012.

Based on the above, parties hereby request the Court set a new date for the Case Management Conference and grant an extension to complete mediation until the new Case Management Conference.

Dated: February 21, 2012

Law Offices of James G. Schwartz, P.C.

James G. Schwartz
Attorneys for Plaintiff CABLE
WHOLESALE.COM, INC.

1  Dated: February 21, 2012                              TINGLEY PIONTKOWSKI LLP

2                                                        /s/

3                                                        Bruce C. Piontkowski
                                                         Attorneys for Defendant SF CABLE, INC.

6     **IT IS SO ORDERED** that the Case Management Conference scheduled for March 9, at

7  9:00 a.m. has been continued to ____5/25____, 2012 at 9: 00 a.m., and mediation be completed by

8  By that date.   A joint CMC statement shall be filed by ____5/18____, 2012.   The last

9  day to complete mediation is extended to 5/18/12.

10

11 Dated: February 23, 2012

                                                         _____
                                                         The Hon. Edward M. Chen
                                                         UNITED STATES DISTRICT COURT JUDGE

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

18  F:cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed]OrderGrantingCMCContinuance     1955.0001

STIPULATION AND ORDER GRANTING CONTINAUNCE OF CMC AND EXTENSION TO COMPLETE MEDIATION         -3-