1  James G. Schwartz, Esq. (SBN 069371)
   jim@jgschwartz.com
2  Joshua D. Brysk, Esq. (SBN 184200)
   josh@jgschwartz.com
3  Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
4  Pleasanton, California 94588
   Telephone: (925) 463-1073
5  Facsimile: (925) 463-2937

6  Attorneys for Plaintiff
   Cable Wholesale.com, Inc.
7

8  Curtis R. Tingley (SBN 112322)
   ctingley@tingleyllp.com
9  BRUCE C. PIONTKOWSKI (SBN 155202)
   bpiontkowski@tingleyllp.com
10 Jonathan A. McMahon (SBN 239370)
   jmcmahon@tingleyllp.com
11 TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone: (408) 283-7000
13 Facsimile: (408) 283-7010

14 Attorneys for Defendant SF Cable, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20 CABLE WHOLESALE.COM, INC., a California corporation, | Case No. CV 11-2966 EMC |
| 21 | **STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION TO COMPLETE MEDIATION** |
| 22    Plaintiff, | |
| 23 v. | |
| 24 SF CABLE, INC., a California corporation, and DOES 1-20, inclusive, | |
| 25 | |
| 26    Defendants. | |

27

28

At the last Case Management Conference on November 7, 2011, the Court issued certain orders regarding discovery and mediation. A further Case Management Conference was set for March 9, at 10:30 am.

Prior to the March 9th date the Parties requested, and the Court granted a countenance of the CMC and set a new Date for May 25th, at 10:30 am based on the Parties having sent out a substantial number of third party discovery.

The Parties would like to report that they are still in the discovery phase of litigation, still waiting for some third party discovery to be returned. It is expected that discovery, including depositions and Mediation should be completed by the middle of August.

Therefore the Parties would request the Court set the next Case Management Conference sometime in late August 2012. .

**THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for May 25th, at 10:30 a.m. in Court Room 5 of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.

Parties are still engaged in discovery and the case is not ready for mediation.

The Parties request that the next Case Management Conference be scheduled in late August 2012.

Based on the above, parties hereby request the Court set a new date for the Case Management Conference and grant an extension to complete mediation until the new Case Management Conference.

Dated: May 18, 2012                     Law Offices of James G. Schwartz, P.C.

                                        _____
                                        James G. Schwartz
                                        Attorneys for Plaintiff CABLE
                                        WHOLESALE.COM, INC.

Dated: May    , 2012                              TINGLEY PIONTKOWSKI LLP

                                                  _____
                                                  Bruce C. Piontkowski
                                                  Attorneys for Defendant SF CABLE, INC.

**IT IS SO ORDERED** that the Case Management Conference scheduled for May 25, at 10:30 a.m. has been continued to ___August 31___, 2012 at 10:30 a.m., and mediation be completed by that date. A joint CMC statement shall be filed by ___August 24___, 2012.

Dated: May __22__, 2012

                                                  _____
                                                  The Hon. Edward M. Chen
                                                  UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

F:cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed] 051712 OrderGranting CMCContinuance   1955.0001

---

STIPULATION AND ORDER GRANTING CONTINAUNCE OF CMC AND EXTENSION TO COMPLETE MEDIATION                -3-