1    James G. Schwartz, Esq. (SBN 069371)
     jim@jgschwartz.com
2    Joshua D. Brysk, Esq. (SBN 184200)
     josh@jgschwartz.com
3    Law Offices of James G. Schwartz, P.C.
     7901 Stoneridge Drive, Suite 401
4    Pleasanton, California 94588
     Telephone:  (925) 463-1073
5    Facsimile:   (925) 463-2937

6    Attorneys for Plaintiff
     Cable Wholesale.com, Inc.

7

8    Curtis R. Tingley (SBN 112322)
     ctingley@tingleyllp.com
9    BRUCE C. PIONTKOWSKI (SBN 155202)
     bpiontkowski@tingleyllp.com
10   Jonathan A. McMahon (SBN 239370)
     jmcmahon@tingleyllp.com
11   TINGLEY PIONTKOWSKI LLP
     10 Almaden Boulevard, Suite 430
12   San Jose, California 95113
     Telephone: (408) 283-7000
13   Facsimile:  (408) 283-7010

14   Attorneys for Defendant SF Cable, Inc.

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20   CABLE WHOLESALE.COM, INC., a California     Case No. CV 11-2966 EMC
     corporation,
21                                **STIPULATION AND [PROPOSED] ORDER
                                  GRANTING CONTINUANCE OF CASE
22        Plaintiff,                        MANAGEMENT CONFERENCE AND
                                   EXTENSION TO COMPLETE
23   v.                                     MEDIATION**

24   SF CABLE, INC., a California corporation, and
     DOES 1-20, inclusive,
25

26        Defendants.

27

28

At the last Case Management Conference on November 7, 2011, the Court issued certain orders regarding discovery and mediation. A further Case Management Conference was set for March 9, at 10:30 am.

Prior to the March 9th date the Parties requested, and the Court granted a countenance of the CMC and set a new Date for May 25th, at 10:30 am based on the Parties having sent out a substantial number of third party discovery.

The Parties would like to report that they are still in the discovery phase of litigation, still waiting for some third party discovery to be returned. It is expected that discovery, including depositions and Mediation should be completed by the middle of August.

Therefore the Parties would request the Court set the next Case Management Conference sometime in late August 2012. .

**THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for May 25th, at 10:30 a.m. in Court Room 5 of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.

Parties are still engaged in discovery and the case is not ready for mediation.

The Parties request that the next Case Management Conference be scheduled in late August 2012.

Based on the above, parties hereby request the Court set a new date for the Case Management Conference and grant an extension to complete mediation until the new Case Management Conference.

Dated: May 18, 2012                    Law Offices of James G. Schwartz, P.C.

James G. Schwartz
Attorneys for Plaintiff CABLE
WHOLESALE.COM, INC.

1

2    Dated: May     , 2012                    TINGLEY PIONTKOWSKI LLP

3                                             _____
                                             Bruce C. Piontkowski
4                                             Attorneys for Defendant SF CABLE, INC.

5

6

7         **IT IS SO ORDERED** that the Case Management Conference scheduled for May 25, at

8    10:30 a.m. has been continued to __August 31__, 2012 at 10:30 a.m., and mediation be completed by

9    that date.   A joint CMC statement shall be filed by __August 24__, 2012.

10

11   Dated: May __22__, 2012

12                                            _____
                                             The Hon. Edward M. Chen
13                                           UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18
     F:cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed] 051712 OrderGranting CMCContinuance   1955.0001
19

20

21

22

23

24

25

26

27

28