1  James G. Schwartz, Esq. (SBN 069371)
   jim@jgschwartz.com
2  Joshua D. Brysk, Esq. (SBN 184200)
   josh@jgschwartz.com
3  Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
4  Pleasanton, California 94588
   Telephone: (925) 463-1073
5  Facsimile: (925) 463-2937

6  Attorneys for Plaintiff
   Cable Wholesale.com, Inc.
7

8  Curtis R. Tingley (SBN 112322)
   ctingley@tingleyllp.com
9  BRUCE C. PIONTKOWSKI (SBN 155202)
   bpiontkowski@tingleyllp.com
10 Jonathan A. McMahon (SBN 239370)
   jmcmahon@tingleyllp.com
11 TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone: (408) 283-7000
13 Facsimile: (408) 283-7010

14 Attorneys for Defendant SF Cable, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11-2966 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION TO COMPLETE MEDIATION** |

At the last Case Management Conference on May 25, 2012, the Court issued certain orders regarding discovery and mediation. A further Case Management Conference was set for August 31, at 10:30 am.

The Parties would like to report that they are still in the discovery phase of litigation, having finally received third party discovery. It is expected that discovery, including depositions and Mediation should be completed by the middle of November 2012.

Therefore the Parties would request the Court set the next Case Management Conference sometime in November 2012.

**THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for August 31st, at 10:30 a.m. in Court Room 5 of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.

Parties are still engaged in discovery and the case is not ready for mediation.

The Parties request that the next Case Management Conference be scheduled in November 2012.

Based on the above, parties hereby request the Court set a new date for the Case Management Conference and grant an extension to complete mediation until the new Case Management Conference.

Dated: August 23, 2012

Law Offices of James G. Schwartz, P.C.

James G. Schwartz
Attorneys for Plaintiff CABLE WHOLESALE.COM, INC.

Dated: August 24, 2012

TINGLEY PIONTKOWSKI LLP

Jonathan A. McMahon
Attorneys for Defendant SF CABLE, INC.

STIPULATION AND ORDER GRANTING CONTINAUNCE OF CMC AND EXTENSION TO COMPLETE MEDIATION   -2-

**IT IS SO ORDERED** that the Case Management Conference scheduled for August 31$^s$, at 10:30 a.m. has been continued to ___Nov. 30___, 2012 at 10:30 a.m., and mediation be completed by that date. A joint CMC statement shall be filed by ___Nov. 23___, 2012.

Dated: August __28__, 2012

_____
The Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

F:cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed] 082312 OrderGranting CMCContinuance   1955.0001