James G. Schwartz, Esq. (SBN 069371)
jim@jgschwartz.com
Joshua D. Brysk, Esq. (SBN 184200)
josh@jgschwartz.com
Law Offices of James G. Schwartz, P.C.
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone: (925) 463-1073
Facsimile: (925) 463-2937

Attorneys for Plaintiff
Cable Wholesale.com, Inc.

Curtis R. Tingley (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 155202)
bpiontkowski@tingleyllp.com
Jonathan A. McMahon (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendant SF Cable, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CABLE WHOLESALE.COM, INC., a California corporation,

Plaintiff,

v.

SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,

Defendants.

Case No. CV 11-2966 EMC

**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION TO COMPLETE MEDIATION**

At the last Case Management Conference on May 25, 2012, the Court issued certain orders regarding discovery and mediation. A further Case Management Conference was set for August 31, at 10:30 am.

The Parties would like to report that they are still in the discovery phase of litigation, having finally received third party discovery. It is expected that discovery, including depositions and Mediation should be completed by the middle of November 2012.

Therefore the Parties would request the Court set the next Case Management Conference sometime in November 2012.

**THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for August 31st, at 10:30 a.m. in Court Room 5 of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Ave., San Francisco, California.

Parties are still engaged in discovery and the case is not ready for mediation.

The Parties request that the next Case Management Conference be scheduled in November 2012.

Based on the above, parties hereby request the Court set a new date for the Case Management Conference and grant an extension to complete mediation until the new Case Management Conference.

Dated: August 23, 2012

Law Offices of James G. Schwartz, P.C.

James G. Schwartz
Attorneys for Plaintiff CABLE WHOLESALE.COM, INC.

Dated: August 24, 2012

TINGLEY PIONTKOWSKI LLP

Jonathan A. McMahon
Attorneys for Defendant SF CABLE, INC.

**IT IS SO ORDERED** that the Case Management Conference scheduled for August 31s , at 10:30 a.m. has been continued to Nov. 30, 2012 at 10:30 a.m., and mediation be completed by that date. A joint CMC statement shall be filed by Nov. 23, 2012.

Dated: August 28, 2012

The Hon. Edw[illegible]
UNITED [illegible]RT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

F:cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed] 082312 OrderGranting CMCContinuance 1955.0001