1  James G. Schwartz, Esq. (SBN 069371)
   jim@jgschwartz.com
2  Joshua D. Brysk, Esq. (SBN 184200)
   josh@jgschwartz.com
3  Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
4  Pleasanton, California 94588
   Telephone: (925) 463-1073
5  Facsimile: (925) 463-2937

6  Attorneys for Plaintiff
   Cable Wholesale.com, Inc.

7

8  Curtis R. Tingley (SBN 112322)
   ctingley@tingleyllp.com
9  BRUCE C. PIONTKOWSKI (SBN 155202)
   bpiontkowski@tingleyllp.com
10 Jonathan A. McMahon (SBN 239370)
   jmcmahon@tingleyllp.com
11 TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
12 San Jose, California 95113
   Telephone: (408) 283-7000
13 Facsimile: (408) 283-7010

14 Attorneys for Defendant SF Cable, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11-2966 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION TO COMPLETE MEDIATION** |

The last Case Management Conference set for August 31, 2012 was continued at the request of the Parties, and set by the Court for November 30, 2012 at 10:30 a. m. As part of the Order for Continuance, the Court issued certain orders regarding discovery and mediation. Since August 31, the Plaintiffs have received additional discovery from third parties which now requires the Plaintiff to obtain additional discovery, which they are working on. Further, Plaintiff's are still working with the Defendants to obtain additional financial information. It is expected that discovery, including depositions and Mediation should be completed by March 15, 2013.

Therefore the Parties would request the Court set the next Case Management Conference sometime in late March 2013.

**THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for November 30, 2012 at 10:30 a. m. in Court Room 5 of the United States District Court, Northern District of California, San Francisco Division, and 450 Golden Gate Ave., San Francisco, California.

Parties are still engaged in discovery and the case is not ready for mediation.

The Parties request that the next Case Management Conference be scheduled in late March 2013.

Based on the above, parties hereby request the Court set a new date for the Case Management Conference and grant an extension to complete mediation until the new Case Management Conference.

Dated: November 26, 2012                        Law Offices of James G. Schwartz, P.C.

                                                */s/ James G. Schwartz*
                                                James G. Schwartz
                                                Attorneys for Plaintiff CABLE
                                                WHOLESALE.COM, INC.

Dated: November 26, 2012

TINGLEY PIONTKOWSKI LLP

_____
Bruce C. Piontkowski
Jonathan A. McMahon
Attorneys for Defendant SF CABLE, INC.

**IT IS SO ORDERED** that the Case Management Conference scheduled for November 30, at 10:30 a.m. shall be continued to ___March 28___, 2013 at 10:30 a.m., and mediation be completed by that date. A joint CMC statement shall be filed by ___March 21, 2013___, 2012.

Dated: November 27, 2012

_____
The Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

F:cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed] 112612 OrderGranting CMCContinuance 1955.0001