```
 1 | James G. Schwartz, Esq. (SBN 069371)
   | jim@jgschwartz.com
 2 | Joshua D. Brysk, Esq. (SBN 184200)
   | josh@jgschwartz.com
 3 | Law Offices of James G. Schwartz, P.C.
   | 7901 Stoneridge Drive, Suite 401
 4 | Pleasanton, California 94588
   | Telephone:  (925) 463-1073
 5 | Facsimile:   (925) 463-2937
 6 | Attorneys for Plaintiff
   | Cable Wholesale.com, Inc.
 7 |
 8 | Curtis R. Tingley (SBN 112322)
   | ctingley@tingleyllp.com
 9 | BRUCE C. PIONTKOWSKI (SBN 155202)
   | bpiontkowski@tingleyllp.com
10 | Jonathan A. McMahon (SBN 239370)
   | jmcmahon@tingleyllp.com
11 | TINGLEY PIONTKOWSKI LLP
   | 10 Almaden Boulevard, Suite 430
12 | San Jose, California 95113
   | Telephone: (408) 283-7000
13 | Facsimile:  (408) 283-7010
14 | Attorneys for Defendant SF Cable, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 11-2966 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION TO COMPLETE MEDIATION** |

STIPULATION AND ORDER GRANTING CONTINAUNCE OF CMC AND EXTENSION TO COMPLETE MEDIATION

1  The last Case Management Conference set for August 31, 2012 was continued at the request of
2  the Parties, and set by the Court for November 30, 2012 at 10:30 a. m. As part of the Order for
3  Continuance, the Court issued certain orders regarding discovery and mediation. Since August 31, the
4  Plaintiffs have received additional discovery from third parties which now requires the Plaintiff to
5  obtain additional discovery, which they are working on. Further, Plaintiff's are still working with the
6  Defendants to obtain additional financial information. It is expected that discovery, including
7  depositions and Mediation should be completed by March 15, 2013.
8  
9  Therefore the Parties would request the Court set the next Case Management Conference
10 sometime in late March 2013.
11 **THE PARTIES STIPULATE** to continue the Case Management Conference scheduled for
12 November 30, 2012 at 10:30 a. m. in Court Room 5 of the United States District Court, Northern
13 District of California, San Francisco Division, and 450 Golden Gate Ave., San Francisco, California.
14 Parties are still engaged in discovery and the case is not ready for mediation.
15 
16 The Parties request that the next Case Management Conference be scheduled in late March
17 2013.
18 Based on the above, parties hereby request the Court set a new date for the Case Management
19 Conference and grant an extension to complete mediation until the new Case Management Conference.
20 
21 Dated: November 26, 2012                    Law Offices of James G. Schwartz, P.C.

                                              _____
                                              James G. Schwartz
                                              Attorneys for Plaintiff CABLE
                                              WHOLESALE.COM, INC.

1 | Dated: November 26, 2012

TINGLEY PIONTKOWSKI LLP

Bruce C. Piontkowski
Jonathan A. McMahon
Attorneys for Defendant SF CABLE, INC.

**IT IS SO ORDERED** that the Case Management Conference scheduled for November 30, at 10:30 a.m. shall be continued to _March 28_, 2013 at 10:30 a.m., and mediation be completed by that date. A joint CMC statement shall be filed by _March 21, 2013_, 2012.

Dated: November 27, 2012

The Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

F:\cablewholesale\sfcable\federalpleadings\Stipulation&[Proposed] 112612 OrderGrantingCMCContinuance   1955.0001