1  James G. Schwartz, Esq. (SBN 069371)
   jim@jgschwartz.com
2  Joshua D. Brysk, Esq. (SBN 184200)
   josh@jgschwartz.com
3  Law Offices of James G. Schwartz, P.C.
   7901 Stoneridge Drive, Suite 401
4  Pleasanton, California 94588
   Telephone: (925) 463-1073
5  Facsimile: (925) 463-2937

6  Attorneys for Plaintiff
   Cable Wholesale.com, Inc.

7

8  Curtis R. Tingley (SBN 112322)
   ctingley@tingleyllp.com
9  Kevin O'Brien
   kobrien@tingleyllp.com
10 Kevin W. Isaacson
   kisaacson@tingleyllp.com
11 Tingley Piontkowski LLP
   10 Almaden Boulevard, Suite 430
12 San Jose, CA 95113
   Tel: 408-283-7000
13 Fax: 408-283-7010

14 Attorneys for Defendant
   SF Cable, Inc.

15

**FILED**

**JUL 3 1 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

20 CABLE WHOLESALE.COM, INC., a California      Case No. CV 11-2966 JST
   corporation,
21                                              STIPULATION AND [PROPOSED] ORDER
                                                EXTENDING TIME TO CONTINUE CMC
22         Plaintiff,                           AND COMPLETION OF DISCOVERY,
                                                DISCLOSURE OF EXPERTS, REBUTTAL
23                                              EXPERTS AND FILING OF DISPOSITIVE
   v.                                           MOTIONS
24
   SF CABLE, INC., a California corporation, and
25 DOES 1-20, inclusive,

26         Defendants.

27

28

STIPULATION AND ORDER GRANTING CONTINAUNCE OF CMC AND EXTENSION TO COMPLETE DISCOVERY    -1-

*Pursuant to stipulation,*                          August 28, 2013

IT IS SO ORDERED that the Case Management Conference scheduled for ~~November 30~~, at 2:00 p.m. ~~10:30 a.m.~~ shall be continued to 10/2/13 ~~, 2013~~ at 2:00 p.m. ~~10:30 a.m.~~, the deadline for completion of Non-Expert discovery is continued until October 15, 2013, the deadline for Designation of Experts is continued until November 15, 2013, the deadline for Designation of Rebuttal Experts is continued until November 26, 2013, and the deadline for completion of Expert Discovery is continued until December 15, 2013; ~~and the deadline for filing of Dispositive Motions is continued until January 15, 2014.~~ *[JST]* A new joint Case Management Conference shall be filed by 9/10/13. ~~, 2013~~

Dated: ~~August __, 2013~~ July 31, 2013

_____
The Hon. Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE