UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation; DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV11-02966 JST<br><br>**ORDER CONTINUING MEDIATION DEADLINE AND HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having reviewed the Stipulation Continuing Mediation Deadline of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the deadline to complete mediation is hereby continued to February 5, 2014, and the hearing on Defendant's Motion for Partial Summary Judgment is continued to February 13, 2014, at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 3, 2014

_____
Jon S. Tigar
U.S. DISTRICT JUDGE

285E499B.doc

ORDER CONTINUING MEDIATION
DEADLINE AND HEARING ON MSJ
CASE NO. CV11-02966 JST