James G. Schwartz, Esq. (SBN 069371)
jim@jgschwartz.com
Law Offices of James G. Schwartz, P.C.
7901 Stoneridge Drive, Suite 401
Pleasanton, California 94588
Telephone: (925) 463-1073
Facsimile: (925) 463-2937

Attorneys for Cable Wholesale
Cable Wholesale.com, Inc.

**FILED**

MAR 0 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE WHOLESALE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SF CABLE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. CV 11-2966 JST<br><br>[PROPOSED] STIPULATED PERMANENT INJUNCTION |

WHEREAS, this action having been commenced by Plaintiff CABLE WHOLESALE.COM, INC. ("Plaintiff") against the Defendant SF CABLE, INC. ("Defendant"), alleging inter alia, copyright infringement, trade name infringement, false advertising, false designation of origin, intentional interference with prospective economic advantage, negligent interference with prospective economic advantage, unfair competition and unjust enrichment, and Plaintiff and Defendant having resolved this dispute, and Plaintiff and Defendant having stipulated to the entry of this Permanent Injunction;

WHEREAS, the parties have resolved all claims and disputes between them, the Court

1

1 | makes the following permanent findings of fact and conclusions of law:

2 | IT IS ORDERED, ADJUDGED AND DECREED that:

(1) This Court has jurisdiction of the subject matter of all claims in this action, and the Defendant is subject to personal jurisdiction in this Court.

(2) For a period of five (5) years from the date of this Stipulated Permanent Injunction Defendant shall not:

    a. Use as a keyword for sponsored advertising or as a metatag on any Internet search engine the following words: "cablewholesale.com", "cable wholesale.com", or similar variant. Defendant shall not be precluded, however, from using the terms "cable" or "wholesale" singularly or in combination;

    b. Publish on its website any of the 14 images identified in the declaration of Michael Capone in support of Plaintiff's Motion for Temporary Restraining Order. Nor shall Defendant copy any image from Plaintiff's website for publication on its website;

    c. Use any of the text highlighted in Exhibit D to the Capone declaration unless it demonstrates the source of the text is independent of Plaintiff's website; or

    d. Scrape, remove, copy or replicate any images, text, or anything else from Plaintiff's Website.

IT IS SO ORDERED

Dated: 3/6/14

JON ~~JOHN~~ S. TIGAR
UNITED STATES DISTRICT COURT JUDGE